Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Premier Kings, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-4453932** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **7078 Peachtree Industrial Blvd.** **Suite 800** **Peachtree Corners, GA 30071** Number, Street, City, State & ZIP Code **Gwinnett** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Premier Kings, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5812__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Premier Kings, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **See Annex 1** | | Relationship | |
| District | **Northern District of Alabama** | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Premier Kings, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Premier Kings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 25, 2023**
MM / DD / YYYY

**X /s/ Lawrence Hirsh**  **Lawrence Hirsh**
Signature of authorized representative of debtor  Printed name

Title **Board Chairman (Restructuring & Sale Process Directors)**

**18. Signature of attorney**

**X /s/ Jesse S. Vogtle, Jr.**  Date **October 25, 2023**
Signature of attorney for debto  MM / DD / YYYY

**Jesse S. Vogtle, Jr.**
Printed name

**Holland & Knight LLP**
Firm name
**1901 Sixth Avenue North, Suite 1400**
**Birmingham, AL 35203**
Number, Street, City, State & ZIP Code

Contact phone **(205) 206-5700**  Email address **jesse.vogtle@hklaw.com**

**(Bar No. ASB-0574-T44J) AL**
Bar number and State

DocuSign Envelope ID: 52BB6823-E327-4F77-9BC2-887E623D57F1

# UNANIMOUS JOINT WRITTEN CONSENT
# OF
# THE SOLE STOCKHOLDER AND BOARD OF DIRECTORS
# OF
# PREMIER KINGS, INC.

October ____25____, 2023

Pursuant to Section 10A-2A-7.05, 10A-2A-8.21, et al. of the Alabama Business Corporation Law, the undersigned, being the Chairman of the Board (Restructuring & Sale Process Directors) of Premier Kings, Inc., an Alabama corporation ("***Company***"), does hereby (i) waive notice and consent to and take the following actions by written consent, (ii) adopt the following resolutions, and (iii) direct that this action taken by written consent be filed with the records of the Company, all as evidenced by their signatures hereto:

**WHEREAS**, the sole stockholder and sole director of the Board, Manraj Sidhu, is now deceased;

**WHEREAS**, Joginder Sidhu has been designated as the Personal Representative for the Estate of Manraj Sidhu (the "***Personal Representative***") and in such capacity, has the legal authority to adopt and execute the resolutions on behalf of the Stockholder and Board, and on May 18, 2023, the Personal Representative executed a Unanimous Written Consent amending the By-laws and appointing an Independent Board for purposes of carrying out certain duties and responsibilities associated with the Restructuring & Sale Processes (collectively, the "***Restructuring & Sale Process Directors***");

**WHEREAS**, on July 20, 2022, the Company entered into an engagement letter with Aurora Management Partners, LLC ("***AMP***") for AMP to provide certain financial and business advisory services to Company (the "***Engagement Agreement***"); and

**WHEREAS**, the Company heretofore designated David Baker ("***Baker***") as Chief Restructuring Officer ("***CRO***") of the Company with such duties as set forth in the Engagement Agreement; and

**WHEREAS**, the Restructuring & Sale Process Directors, as authorized by the Personal Representative, have considered the liabilities and liquidity situation of the Company, the advice of counsel, and the strategic alternatives available to the Company, and have determined that the Company and its creditors will best be served by the Company's filing of a voluntary petition under Chapter 11 of Title 11, United States Code (the "***Bankruptcy Code***").

**NOW THEREFORE, IT IS HEREBY RESOLVED**, that in the judgment of the Restructuring & Sale Process Directors, it is desirable and in the best interest of the Company, its creditors, its equity holders, and other interested parties, that a petition (the "***Petition***") be filed seeking relief under the provisions of Chapter 11 of the Bankruptcy Code, and the filing of such Petition is authorized hereby, and it is further

DocuSign Envelope ID: 52BB6823-E327-4F77-9BC2-887E623D57F1

**RESOLVED**, that any duly appointed officers of the Company (collectively, the "***Authorized Persons***" and each an "***Authorized Person***") be, and hereby are, authorized and directed, for and on behalf of the Company, to execute and verify the Petition in the name of the Company under Chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the Northern District of Alabama; and it is further

**RESOLVED**, that the Authorized Persons hereby are authorized to execute, verify, and/or file or cause to be filed, all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with the Company's chapter 11 case (the "***Chapter 11 Case***") or the chapter 11 filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Persons deem necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Persons deemed the same to meet such standard) ; and it is further

**RESOLVED**, that the Authorized Persons are hereby authorized to execute, verify and/or file or cause to be filed, all documents including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings, and other papers, and to take any and all action which they deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Cole Schotz P.C., as lead restructuring counsel, and Holland & Knight, LLP, as local bankruptcy counsel; and to retain and employ other legal counsel or professionals, including AMP, Raymond James & Associates, Inc. as investment banker, and Kurtzman Carson Consultants LLC as noticing and claims agent, which they may deem necessary or proper with a view to the successful conclusion of such Chapter 11 Case (together, the "***Restructuring Professionals***"); and it is further

**RESOLVED**, that the Authorized Persons are hereby authorized and directed to execute retention agreements, pay retainers, prior to, immediately upon and after the filing of the Chapter 11 Case, and to cause to be filed an application for authority to retain the services of the Restructuring Professionals; and it is further

**RESOLVED**, that the Authorized Persons are hereby authorized and directed to take such further actions on behalf of the Company as such Authorized Persons shall deem necessary or appropriate, in conformance with such Authorized Person's fiduciary duties owed to the Company, its creditors, its equity holders, and other interested parties, pursuant to the Act and the Operating Agreement, to enable the Company to perform its obligations and exercise its rights under Chapter 11 and to otherwise carry out the intent and purpose of the foregoing resolutions and the transactions contemplated thereby; and it is further

**RESOLVED**, that the Authorized Persons are hereby authorized to give, make, sign, execute and deliver any agreements, letters, notices, certificates, acknowledgements, receipts, authorizations, instructions, releases, waivers, proxies, appointments of agents for service of process and other documents (whether of a like nature or not) (collectively, "***Ancillary***

DocuSign Envelope ID: 52BB6823-E327-4F77-9BC2-887E623D57F1

***Documents***") as may in the commercially reasonable discretion of the Authorized Persons be considered necessary or desirable for the purpose of giving effect to, consummating, completing, or procuring the performance and completion of the transactions contemplated by the foregoing resolutions, and to do all such acts and things and to agree to all fees, as might in the commercially reasonable discretion of the Authorized Persons be necessary or desirable for the purposes aforesaid; and it is further

**RESOLVED**, the Ancillary Documents be in such form as the Authorized Persons shall in their commercially reasonable discretion approve, the signature of the Authorized Persons on any of the Ancillary Documents being due evidence for all purposes of the Authorized Person's approval of the terms thereof on behalf of the Company; and it is further

**RESOLVED**, that any and all actions previously taken by an Authorized Person in connection with or in furtherance of the matters referred to in the foregoing resolutions are hereby confirmed, ratified, and approved as authorized and valid acts taken on behalf of the Company; and it is further

**RESOLVED**, that any or all of the foregoing resolutions may be executed in any number of counterparts, and transmitted by facsimile or in portable document format (.pdf), each of which when executed shall have the same force and effect as an original instrument, and all of which shall together constitute one and the same instrument.

[*Signatures on following page*]

IN WITNESS WHEREOF, the undersigned, as Chairman of the Board (Restructuring & Sale Process Directors) of the Company, has executed this Written Consent, effective as of the date first written above.

BOARD:

*Lawrence Hirsh* (DocuSigned by: Lawrence Hirsh, AD9BE7EB94894A6...)

Lawrence Hirsh, solely in his capacity as Chairman of the Board (Restructuring & Sale Process Directors) of Premier Kings, Inc.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Premier Kings, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration  **Corporate Ownership Statement, List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 25, 2023**

X **/s/ Lawrence Hirsh**
Signature of individual signing on behalf of debtor

**Lawrence Hirsh**
Printed name

**Board Chairman (Restructuring & Sale Process Directors)**
Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Alabama

In re **Premier Kings, Inc.**     Case No.
                   Debtor(s)     Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of Manraj Sidhu** | | 100% | **Sole Shareholder of Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Board Chairman (Restructuring & Sale Process Directors)** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 25, 2023**      Signature **/s/ Lawrence Hirsh**
                                                                                **Lawrence Hirsh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re  **Premier Kings, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Board Chairman (Restructuring & Sale Process Directors) of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 25, 2023**

**/s/ Lawrence Hirsh**
**Lawrence Hirsh**/**Board Chairman (Restructuring & Sale Process Directors)**
Signer/Title

| | | |
|---|---|---|
| PNC<br>Attn Becca Purcell<br>340 Madison Avenue<br>New York, NY 10173 | Carroll A Bonner Tax Assessor<br>105 Lauderdale Street<br>Selma, AL 36702 | Downtown Jimmie Hale Mission In<br>PO Box 968<br>Birmingham, AL 35201-0968 |
| A R T Investments LLC<br>9705 Collins Avenue Suite 1602N<br>Ball Harbor, FL 33154 | Chilton County Commission<br>500 2nd Ave North<br>Clanton, AL 35045 | E Bryan Nichols<br>2227 First Avenue South<br>Birmingham, AL 35233 |
| Alabama Dept of Revenue<br>PO Box 327790<br>Montgomery, AL 36132-7790 | City of Montgomery Intersection<br>Safety Program<br>103 North Perry Street<br>Montgomery, AL 36104 | Ecolab Food Safety<br>PO Box 32027<br>New York, NY 10087 |
| Andrew Walsh<br>Wilson Elser Moskowitz Edelaman<br>1500 Urban Center Drive Suite 450<br>Birmingham, AL 35242 | Consani Family Trust<br>305 Country Club Heights<br>Carmel Valley, CA 93924 | Eleanor Outlaw<br>Revenue Commissioner Dale Count<br>PO Box 267<br>Ozark, AL 36361 |
| ARC CAFEUSA001 LLC<br>PO Box 29650<br>Phoenix, AZ 85038-9695 | Curtis Blair<br>Pike County Revenue Commisser<br>120 W Church Street<br>Troy, AL 36081 | ESS Inc<br>203 McMillin Street<br>Nashville, TN 37203-2912 |
| Baker Distributing Company<br>PO Box 409635<br>Atlanta, GA 30384-9635 | David Holt<br>Loftin Holt LP<br>200 Clinton Avenue West Suite 405<br>Huntsville, AL 35801 | Franke Foodservice Systems<br>8007 Innovation Way<br>Chicago, IL 60682-0080 |
| Blount County Revenue Commissioner<br>220 2nd Ave E<br>Oneonta, AL 35121 | Deborah B Crews Revenue Commissioner<br>700 Court Square<br>Greenville, AL 36037 | George L Patterson Jr.<br>Revenue Commissioner<br>1 N Court Square<br>Andalusia, AL 36420 |
| Bresco<br>2428 Sixth Avenue S<br>Birmingham, AL 35233 | DMI Manufacturing Inc<br>7177 Industrial Park Blvd<br>Mentor, OH 44060 | George Salmon<br>48 Golf Road<br>Pleasanton, CA 94566 |
| Burger King Corporation<br>5505 Blue Lagoon Drive 7th Floor<br>Miami, FL 33126 | Don Armstrong Property Tax Comm<br>PO Box 1298<br>Columbiana, AL 35051 | GEWSI 2 LLC<br>16 Palmer Court<br>Drums, PA 18222 |

Hemphill Services Inc
PO Box 1234
Trussville, AL 35173

Karen L Nystrom
1090 Deanna Drive
Menlo Park, CA 94025

Pramila Khatri
19710 Michaels Court
Castro Valley, CA 94546

HLB Real Estate Inc
2321 Tamera Drive SW
Huntsville, AL 35803

Kathy Evans Revenue Commissioner
135 N Court Street Suite D
Prattville, AL 36067

Premier Holdings LLC
7078 Peachtree Industrial Blvd Suit80
Peachtree Corners, GA 30071

Hudson Construction Company
1425 Market Blvd Suite 530 318
Roswell, GA 30076

Kenneth L Crowe
Revenue Commissioner St Clair
165 5th Avenue Suite 200
Ashville, AL 35953

Premier Holdings of Georgia LLC
7078 Peachtree Industrial Blvd Suit80
Peachtree Corners, GA 30071

IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223

Kenneth L Crowe
Revenue Commissioner
165 5th Avenue Suite 200
Ashville, AL 35953

Premier Kings Holdings of AlabamLL
7078 Peachtree Industrial Blvd Suit80
Peachtree Corners, GA 30071

Iverson Gandy Jr
Revenue Commissioner
210 N Elm Street
Tuskegee, AL 36083

Laetsch Properties LLC
1032 Via Mirabel
Palos Verdes, CA 90274

Premier Kings of Georgia Inc
7078 Peachtree Industrial Blvd Suit80
Peachtree Corners, GA 30071

Jackson Thornton
PO Box 96
200 Commerce Street
Montgomery, AL 36101-0096

Lumpkin Development
100 Metro Parkway
Pelham, AL 35124

Premier Kings of North Alabama L
7078 Peachtree Industrial Blvd Suit80
Peachtree Corners, GA 30071

Janet Buskey Revenue Commissioner
100 S Lawrence Street
Montgomery, AL 36102

Luther Smith
4845 Summit Arbor Drive Apt 305
Raleigh, NC 27612

Ray Foushee
Virtus Law Group
100 41st Street Suite A
Birmingham, AL 35222

Jerry Guthrie Walker Co Rev Comm
1803 3rd Ave
Suite 102
Jasper, AL 35501-5367

Mary Ann Ellison Geneva County
Revenue Commissioner
PO Box 326
Geneva, AL 36340

Ray Prince
Prince and Hellinger PC
201 Fourth Avenue North Suite 190
Nashville, TN 37219-2009

JT Smallwood Tax Collector
716 Richard Arrington JR Blvd N
Room 160
Birmingham, AL 35203

Pat DeSantis
PO Box 3377
Fresno, CA 93650

Ronald L Burns Revenue Commis
PO Box 411
Elba, AL 36323

| | | |
|---|---|---|
| Schuster Enterprises<br>PO Box 12029<br>Columbus, GA 31917 | David M Baker CRO co Aurora | Robin Schafer |
| Sharon B Hilbish Revenue Commissioner<br>PO Box 480578<br>Linden, AL 36748-0578 | David M Baker CRO co Aurora | |
| Sicom<br>PO Box 930157<br>Atlanta, GA 31193-0157 | Dorien Davis AR Collections Specialist<br>800 Aviation Parkway<br>Smyrna, TN 37167 | |
| Starla Moss Revenue Commissioner<br>PO Box 6406<br>Dothan, AL 36302 | Estate of Manraj S Sidhu co R Ritchey | |
| Susan D Jones Tax Collector<br>714 Greensboro Avenue Room 124<br>Tuscaloosa, AL 35401-1891 | Estate of Manraj S Sidhu co R Ritchey | |
| Sweet Melinda Smitherman<br>430 County Rd 909<br>Clanton, AL 35046 | Estate of Manraj S Sidhu co R Ritchey | |
| The High Revocable Trust<br>1300 Countryview Drive<br>Modesto, CA 95356 | Mark Fedotovsky | |
| Tim Pettis Tax Collector<br>PO Box 407<br>Brewton, AL 36427 | Missy Rieser Supervisor<br>AR Collections | |
| Attn General Counsel<br>1055 Broadway Blvd<br>Kansas City, MO 64105 | Raymond G Prince<br>Prince and Hellinger PC<br>201 Fourth Avenue North Suite 1900<br>Nashville, TN 37219-2009 | |

# ANNEX 1

## SCHEDULE OF DEBTORS

      On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

|  | **Debtors** | **Federal Employer Identification Number** |
|---|---|---|
| 1. | Premier Kings, Inc. | 26-4453932 |
| 2. | Premier Kings of Georgia, Inc. | 46-1739797 |
| 3. | Premier Kings of North Alabama, LLC | 46-5239282 |

## AFFILIATES

      Additionally, the following affiliate entity is a chapter 7 debtor in the case styled *In re Premier Cajun Kings, LLC, Case No. 23-00656-DSC7*, now pending in the United States Bankruptcy Court for the Northern District of Alabama, Southern Division: Premier Cajun Kings, LLC