## United States Bankruptcy Court
### Northern District of Alabama

In re  **Premier Kings, Inc.**                                   Case No.
                        Debtor(s)                                Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Premier Kings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 25, 2023** | **/s/ Jesse S. Vogtle, Jr.** |
| Date | **Jesse S. Vogtle, Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Premier Kings, Inc.** |
| | **Holland & Knight LLP** |
| | **1901 Sixth Avenue North, Suite 1400** |
| | **Birmingham, AL 35203** |
| | **205-241-6380 Fax: 205-241-8787** |
| | **jesse.vogtle@hklaw.com** |