**Fill in this information to identify the case:**

Debtor name  Premier Kings, Inc., Premier Kings of North Alabama, LLC and Premier Kings of Georgia, Inc.

United States Bankruptcy Court for the:  Northern         District of Alabama
                                                                    (State)

Case number (If known):  _____

❏ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Burger King Corporation | 5505 Blue Lagoon Dr 7th Floor Miami, FL 33126 | | | | | $4,627,651.32 |
| 2 | Rave Enterprises LLC | c/o Ashok Mehta 14125 Robert Paris Ct Chantilly, VA 20151 | | | | | $1,000,000.00 |
| 3 | Sicom Systems Inc | PO BOX 930157 Atlanta, GA 31193-0157 | | | | | $601,032.45 |
| 4 | Hudson Construction Company | 1425 Market Blvd Suite 530 318 Roswell, GA 30076 | | | | | $431,729.20 |
| 5 | Axis Construction LLC | 125 Laser Court Hauppauge, NY 11788 | | | | | $415,000.00 |
| 6 | IPFS Corporation | PO Box 730223 Dallas, TX 75373-0223 | | | | | $315,317.30 |
| 7 | Alex Salgueiro | 10 Mall Court Suite A Savannah, GA 31411 | | | | | $222,286.00 |
| 8 | Franke Foodservice Systems | 8007 Innovation Way Chicago, IL 60682-0080 | | | | | $131,752.91 |

65533/0001-46330300v1

Debtor    Premier Kings    , et al.    Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Brinks Incorporated | PO Box 101031  Atlanta, GA 30392 | | | | | $112,032.77 |
| 10 TK&K Unlimited Inc | 8014 Cumming Hwy  Suite 403 332  Canton, GA 30115 | | | | | $72,913.36 |
| 11 E.S.S., Inc. | 203 McMillin St  Nashville, TN 37203-2912 | | | | | $59,109.73 |
| 12 South Coast Enterprises LLC | 14125 Robert Paris Ct  Chantilly, VA 30151 | | | | | $49,608.70 |
| 13 Kemco Facilities Services LLC | 5750 Bell Circle  Montgomery, AL 36116 | | | | | $44,748.53 |
| 14 Hemphill Services Inc | PO Box 1234  Trussville, AL 35173 | | | | | $41,762.00 |
| 15 ARC CAFEUSA001 LLC | PO BOX 29650  Phoenix, AZ 85038-9650 | | | | | $40,262.82 |
| 16 Viking Cloud Inc | PO Box 771994  Detroit, MI 48277 | | | | | $28,853.48 |
| 17 American Arbitration Association | 13727 Noel Road  Suite 1025  Dallas, TX 75240 | | | | | $21,750.00 |
| 18 Parts Town | 27787 Network Place  Chicago, IL 60673-1277 | | | | | $20,550.26 |

| | Debtor | Premier Kings, et al. | | | Case number (if known) | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | IPI Rincon | 201 N Columbia Ave<br>Rincon, GA 31326 | | | | | $18,988.24 |
| 20 | Jackson Thornton | PO Box 96200<br>Commerce St<br>Montgomery, AL 36101-0096 | | | | | $17,350.26 |
| 21 | Ecolab Food Safety | PO Box 32027<br>New York, NY 10087 | | | | | $17,271.28 |
| 22 | Marlin Outdoor Advertising | PO Drawer 6567<br>Hilton Head Island, SC 29938 | | | | | $15,750.00 |
| 23 | Playland Maintenance Service Inc | 3935 Tamiami Trail<br>Cumming, GA 30041 | | | | | $14,699.00 |
| 24 | Florida Logos Inc | 3764 New Tampa Hwy<br>Lakeland, FL 33815 | | | | | $13,660.00 |
| 25 | Traymore Properties LLC | co Jean Templeton<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | | | | | $13,117.94 |
| 26 | M D Homes Alabama LLC | Attn Mendel Bohm<br>PO Box 6415<br>East Brunswick, NJ 08816 | | | | | $12,695.55 |
| 27 | Grant Realty Corporation | 1982 Ashley Hall Rd<br>Charleston, SC 29407 | | | | | $12,541.67 |
| 28 | ECOLAB Pest Elimination | 26252 Network Place<br>Chicago, IL 60673-1262 | | | | | $12,144.00 |

Debtor    Premier Kings    , et al.    Case number (if known)_____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 29 | 108 Charlton Street Realty | 48 31 Van Dam Street<br>Long Island City, NY 11101 | | | | | $11,808.33 |
| 30 | Chetan and Manisha Holdings LLC | PO Box 113<br>Colonia, NJ 07067 | | | | | $11,316.67 |
| 31 | Hecht Family LP | co Teresa Oakland<br>607 Foothill Blvd Ste 1605<br>La Canada, VA 91011 | | | | | $11,040.36 |
| 32 | Georgia Power | PO Box 105090<br>Atlanta, GA 30348 | | | | | $10,921.32 |
| 33 | JP Premier Enterprises LLC | 3300 Eastern Blvd<br>Montgomery, AL 36116 | | | | | $10,500.00 |
| 34 | BK Collinsville LLC | 4615 University Drive<br>Coral Gables, FL 33146 | | | | | $10,350.00 |
| 35 | GAJ Realty Group Inc | 8 Rosewood Drive<br>North Massapequa, NY 11758 | | | | | $10,000.00 |
| 36 | A R T Investments LLC | 9705 Collins Avenue Suite 1602N<br>Ball Harbor, FL 33154 | | | | | $9,921.92 |
| 37 | Genea Property LLC | 3344 Peachtree Road NE Unit 3205<br>Atlanta, GA 30326-4805 | | | | | $9,442.28 |
| 38 | A Plus Maintenance & Remodeling | 1446 Fairview Rd<br>Stockbridge, GA 30281 | | | | | $9,400.00 |

| | Debtor | Premier Kings, et al. | | Case number (if known) | | |
|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 | Pat DeSantis | PO Box 3377 Fresno, CA 93650 | | | | | $9,258.16 |
| 40 | College Street Station LLC | 7370 Hodgson Memorial Drive Suite D10 Savannah, GA 31406 | | | | | $8,991.71 |