# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIER KINGS, INC., *et al.*,[1] | ) | Case No. 23-02871 (TOM) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GARY H. LEIBOWITZ

The undersigned respectfully moves this Court for the admission *pro hac vice* of Gary H. Leibowitz of Cole Schotz P.C., 1201 Wills Street, Suite 320, Baltimore, Maryland 21231, to represent Premier Kings, Inc., and its affiliated debtors, Premier Kings of Georgia, Inc., and Premier Kings of North Alabama, LLC, as debtors and debtors in possession in the above-captioned chapter 11 case (collectively, the "Debtors") in the above-captioned case pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama. Mr. Leibowitz is not a member of the bar of this Court, but is a member in good standing of the bar of the State of Maryland, United States Court of Appeals for the Fourth Circuit and United States District Court for the District of Maryland, which are the state and district in which Mr. Leibowitz resides and regularly practices law.

A fee of $75.00 for Mr. Leibowitz's admission has been paid to the U.S. District Court for the Northern District of Alabama. A proposed order admitting Mr. Leibowitz *pro hac vice* and Mr. Leibowitz's certification are each attached hereto. Mr. Leibowitz requests that he be served with all notices and papers relating to this case. A proposed order is attached hereto as **Exhibit A**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Premier Kings, Inc. (3932); Premier Kings of Georgia, Inc. (9797); and Premier Kings of North Alabama, LLC (9282). The Debtors' address is 7078 Peachtree Industrial Blvd., Suite #800, Peachtree Corners, GA 30071. The Debtors have filed a motion for joint administration with the Court.

4874-7162-3247.2

Dated: October 25, 2023.
Birmingham, Alabama

/s/ Jesse S. Vogtle, Jr.
Jesse S. Vogtle, Jr.
Eric T. Ray
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
Facsimile: (205) 214-8787
Email: Jesse.Vogtle@hklaw.com
Etray@hklaw.com

-and-

Gary H. Leibowitz*
Irving E. Walker*
H.C. Jones*
J. Michael Pardoe*
COLE SCHOTZ P.C.
1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: (410) 528-2971
Facsimile: (410) 230-0667
Email: gleibowitz@coleschotz.com
iwalker@coleschotz.com
hjones@coleschotz.com
mpardoe@coleschotz.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

\*pro hac vice admissions pending

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 2090-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Maryland, United States Court of Appeals for the Fourth Circuit and United States District Court for the District of Maryland, which are the state and district in which I reside and regularly practice law. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules and standing orders. I further certify that the required fee of $75.00 has been paid to the United States District Court for the Northern District of Alabama.

Dated: October 25, 2023.

/s/ Gary H. Leibowitz
Gary H. Leibowitz (MD Bar No. 24717)
COLE SCHOTZ P.C.
1201 Wills Street, Suite 320
Baltimore, MD 21231
Telephone: (410) 528-2971
Facsimile: (410) 230-0667
gleibowitz@coleschotz.com

*Proposed Attorney for the Debtors and Debtors in Possession*

# Supreme Court of Maryland

Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of December, 1996,

## *Gary H. Leibowitz*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the tenth day of November, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this eleventh day of September, 2023.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland

# **Exhibit A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIER KINGS, INC., *et al.*,[1] | ) | Case No. 23-02871 (TOM) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF GARY H. LEIBOWITZ**

This matter came before the Court on the *Motion for Admission Pro Hac Vice* [Doc. _____] (the "Motion") of Gary H. Leibowitz of Cole Schotz P.C., to appear on behalf of Premier Kings, Inc., and its affiliated debtors, Premier Kings of Georgia, Inc., and Premier Kings of North Alabama, LLC, as debtors and debtors in possession in the above-captioned chapter 11 case pursuant to Rule 2090-1 of the Local Rules of this Court and Rule 83.1 of the Local Rules of the U.S. District Court for the Northern District of Alabama.

Upon consideration of the Motion, there appears to be sufficient cause to grant the Motion and it is hereby **ORDERED**, **DECREED** and **ADJUDGED** as follows:

The Motion is **GRANTED**; and Gary H. Leibowitz is hereby **ADMITTED *PRO HAC VICE*** in this case.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Premier Kings, Inc. (3932); Premier Kings of Georgia, Inc. (9797); and Premier Kings of North Alabama, LLC (9282). The Debtors' address is 7078 Peachtree Industrial Blvd., Suite #800, Peachtree Corners, GA 30071. The Debtors have filed a motion for joint administration with the Court.