# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | (Chapter 11) |
| PREMIER KINGS, INC., *et al.*,[1] | Case No. 23-02871 (TOM11) |
| Debtors. | Joint Administration Requested |

**FIRST OMNIBUS MOTION OF THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ENTRY OF AN ORDER (I) AUTHORIZING REJECTION OF UNEXPIRED LEASES, AND (II) SETTING A DEADLINE FOR THE FILING OF REJECTION CLAIMS**

Premier Kings, Inc., and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (each a "Debtor" and, collectively, the "Debtors"), by their undersigned proposed counsel and pursuant to sections 105(a) and 365(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby move (the "Motion") for entry of an order substantially in the form of that attached hereto as **Exhibit A** authorizing and approving the rejection of certain unexpired leases, effective as of the Petition Date, and setting a deadline for the filing of rejection claims. In support of the Motion, the Debtors rely upon and hereby incorporate by reference the *Declaration of David Baker in Support of First-Day Motions* (the "Baker Declaration"), filed contemporaneously herewith. In further support of this Motion, the Debtors respectfully state as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Premier Kings, Inc. (3932); Premier Kings of Georgia, Inc. (9797); and Premier Kings of North Alabama, LLC (9282). The Debtors' address is 7078 Peachtree Industrial Blvd., Suite #800, Peachtree Corners, GA 30071. The Debtors have filed a motion for joint administration with the Court.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(b) and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (O).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are Sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006.

## BACKGROUND

### I. Introduction.

4. On October 25, 2023 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

5. The Debtors continue to manage and operate their businesses as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No official committee of unsecured creditors has been appointed.

7. No request for a trustee or examiner has been made in these chapter 11 cases.

8. Information regarding the Debtors' businesses and the circumstances leading to the commencement of these chapter 11 cases is set forth in the Baker Declaration. Those facts are incorporated herein by reference.

### II. The Leases to be Rejected.

9. The Debtors entered into certain lease agreements for the use of commercial property in connection with operating various Burger King restaurants (the "Restaurants"). As further explained in the Baker Declaration, the Debtors closed a number of Restaurants in the lead up to these Chapter 11 Cases due to unprofitability and tightening liquidity. This Motion seeks to reject, as of the Petition Date, certain leases for those commercial properties where the Debtor, in its business judgment, decided prior to the Petition Date, to close the Restaurants formerly operated

at those properties to preserve the value of the estates for the benefit of the Debtors and their creditors (the "Closed Stores"). A list of the Closed Stores and the leases the Debtors seek to reject is attached hereto as **Exhibit B** (the "Rejected Leases").

**III.    Notice to Counterparties to the Rejected Leases.**

10.    Pursuant to Bankruptcy Rule 6006(f), counterparties to the Rejected Leases are hereby notified that they should locate their names and leases on the attached Exhibit B, where each Rejected Lease is listed alphabetically by counterparty.

**RELIEF REQUESTED**

11.    By this Motion, the Debtors seek authority under section 365(a) of the Bankruptcy Code to reject the Rejected Leases set forth on Exhibit B hereto, effective as of the Petition Date. The Debtors further ask the Court to set the deadline for any non-Debtor party to the Rejected Leases to file any claims for "rejection damages" within thirty (30) days after entry of the Order authorizing the Debtors to reject the Rejected Leases.

**BASIS FOR RELIEF REQUESTED**

12.    Section 365 of the Bankruptcy Code provides that a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). Rejection under section 365 is generally intended to enable the debtor to relieve itself and the bankruptcy estate from burdensome and unprofitable contracts or unexpired leases in order to preserve and maximize the value of the bankruptcy estate. Stewart Title Guar. Co. v. Old Republic Nat'l Ins. Co., 83 F.3d 735, 741 (5th Cir. 1994); In re Mirant Corp., 303 B.R. 319, 330-31 (Bankr. N.D. Tex. 2003) ("There is substantial authority for the proposition that section 365 was intended to allow a trustee or debtor in possession to eliminate burdensome, unprofitable contracts and preserve for the estate's benefit valuable agreements.").

13.     The decision to assume or reject an executory contract or unexpired lease is a matter within the "business judgment" of the debtor.  Nat'l Labor Relations Bd. v. Bildisco and Bildisco (In re Bildisco), 682 F.2d 72, 79 (3d Cir. 1982) (stating that "the usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgement' test").  The business judgment standard is satisfied when a debtor determines that rejection will benefit the estate.  Commercial Fin. Ltd. v. Hawaii Dimensions, Inc. (In re Hawaii Dimensions, Inc.), 47 B.R. 425, 427 (D. Haw. 1985) ("Under the business judgment test, a court should approve a debtor's proposed rejection if such rejection will benefit the estate.") (citation omitted).

14.     Courts generally do not second guess a debtor's business judgment concerning the assumption or rejection of an executory contract or unexpired lease. See Lubrizol Enters., Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.), 756 F.2d 1043, 1046-47 (4th Cir. 1985), cert. denied, 475 U.S. 1057, 104 S. Ct. 1285 (1986), superseded by statute, 11 U.S.C. § 365(n); In re Health Science Products, Inc., 191 B.R. 895, 909 n.15 (Bankr. N.D. Ala. 1995) ("The issue hereby presented for determination by the bankruptcy court is whether the decision of the debtor is so manifestly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim or caprice.").

15.     Here, the Debtors have satisfied the business judgment standard because each of the Rejected Leases corresponds to a Restaurant location that was unprofitable and that the Debtors closed prior to the Petition Date.  Given these circumstances, unless the Rejected Leases are promptly rejected, the continuing post-petition costs of retaining the Closed Stores and the Rejected Leases would undermine the Debtors' efforts to maximize the value of the Debtors' estates and would be unnecessary burdens on the Debtors' estates.

16.     The Debtors further ask that the Court deem the Rejected Leases to be rejected as of the Petition Date to ensure that any claims under such Rejected Leases will be treated as unsecured pre-petition claims in accordance with section 365(g)(1) of the Bankruptcy Code.  See Nat'l Labor Relations Bd. v. Bildisco, 465 U.S. 513, 530 (1984) (stating that rejection relates back to the petition date).  The Debtors do not believe the Rejected Leases provide the basis for a claim for administrative expense priority because the Rejected Leases are a burden rather than a benefit to the estates.  See In re O.P.M. Leasing Services, Inc., 56 B.R. 678, 683 (Bankr. S.D.N.Y. 1986).

17.     Prior to the filing of this Motion, the Debtors removed all personal property previously located in the Closed Stores that have any value, and respectfully request that the Order approving this Motion include a provision that any property of the Debtors still located at the Closed Stores be deemed abandoned, so that the landlords for the Closed Stores may dispose of any such personal property as each such landlord may deem fit.

## RESERVATION OF RIGHTS

18.     Nothing contained herein is intended or should be construed as an admission as to the validity of any claim against the Debtors, a waiver of the Debtors' rights to dispute any claim, an admission that any claim is of a type specified in this Motion, or a waiver or limitation of the Debtor's rights under the Bankruptcy Code or applicable law.

## NOTICE

12.     The Debtors will provide notice of this Motion to: (a) the Office of the Bankruptcy Administrator for the Northern District of Alabama; (b) the holders of the forty (40) largest unsecured claims against each of the Debtors; (c) counsel to BKCI; (d) counsel to Wells Fargo Bank, National Association, as Prepetition Agent for the Lender Group; (e) the United States Attorney's Office for the Northern District of Alabama; (f) the Internal Revenue Service; (g) the office of the Attorney General for the State of Alabama; (h) the Securities and Exchange

Commission; (i) the counterparties to the Rejected Leases or, where known, their counsel, and (j) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: October 26, 2023
Birmingham, Alabama

/s/ Jesse S. Vogtle, Jr.
Jesse S. Vogtle, Jr.
Eric T. Ray
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Telephone: (205) 226-5700
Facsimile: (205) 214-8787
jesse.vogtle@hklaw.com
etray@hklaw.com


-and-

COLE  SCHOTZ P.C.

Gary H. Leibowitz*
Irving E. Walker*
H.C. Jones III*
COLE SCHOTZ PC
1201 Wills Street, Suite 320
Baltimore, MD 21231
(410) 230-0660
(410) 230-0667
gleibowitz@coleschotz.com
iwalker@coleschotz.com
hjones@coleschotz.com
mpardoe@coleschotz.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*

*Admitted pro hac vice*

**EXHIBIT A**

**PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | (Chapter 11) |
| PREMIER KINGS, INC., *et al.*,[2] | Case No. 23-02871 (TOM11) |
| Debtors. | Joint Administration Requested |

## ORDER (I) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES AND (II) SETTING A DEADLINE FOR THE FILING OF REJECTION CLAIMS

Upon consideration of the motion (the "Motion")[3] of the Debtors for entry of an order authorizing rejection of certain unexpired leases and setting a deadline by which counterparties to the Rejected Leases must file claims for rejection damages; and upon consideration of all pleadings related thereto, including the Baker Declaration; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED;

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Premier Kings, Inc. (3932); Premier Kings of Georgia, Inc. (9797); and Premier Kings of North Alabama, LLC (9282). The Debtors' address is 7078 Peachtree Industrial Blvd., Suite #800, Peachtree Corners, GA 30071.  The Debtors have filed a motion for joint administration with the Court.

[3] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2.      The Debtors' proposed rejection of the Rejected Leases on Exhibit B to the Motion is hereby approved, effective as of the Petition Date;

3.      Any claim for damages on account of the rejection of the Rejected Leases shall be filed within thirty (30) days of the date of this Order;

4.      The Debtor is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Motion; and

5.      To the extent that any property of the Debtors remains in the Closed Stores as of the entry of this Order, any such property shall be deemed to be abandoned and no longer property of the Debtors' bankruptcy estate, and the respective landlords of the Closed Stores are hereby authorized to dispose of any such property as they may deem fit.

6.      The Court shall retain jurisdiction to hear and determine all matter arising from the implementation of this Order.


Dated: _____, 2023
            Birmingham, Alabama


_____
TAMARA O. MITCHELL
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

## SCHEDULE OF REJECTED LEASES

| Store Number | Store Address | Lessor | Debtor |
|---|---|---|---|
| 12279 | 1165 Ross Clark Cr  Loc 112 Dothan, AL 36301 | ARC CAFEUSA001  c/o Vereit Inc. 11995 El Camino Real San Diego, CA 92130 Property ID 8842 | Premier Kings, Inc. |
| 8457 | 505 E Cumming Ave   Loc 113 Opp, AL  36467 | ARC CAFEUSA001  c/o Vereit Inc. 11995 El Camino Real San Diego, CA 92130 Property ID 8846 | Premier Kings, Inc. |
| 5490 | 517 Cahaba Circle   Loc 8 Birmingham, AL  35242 | Burger King Corporation 5707 Blue Lagoon Drive Miami, FL  33126 | Premier Kings, Inc. |
| 15339 | 141 Gateway Cr #15339 Jacksonville, FL 32259 | Burger King Corporation 5707 Blue Lagoon Drive Miami, FL  33126 | Premier Kings of Georgia, Inc. |
| 846 | 2682 Candler Road Decatur, GA 30034 | Burger King Corporation 5707 Blue Lagoon Drive Miami, FL  33126 | Premier Kings of Georgia, Inc. |
| 16228 | 100 Wiebel Drive Midfield, AL  35228 | Burger King Corporation 5707 Blue Lagoon Drive Miami, FL  33126 | Premier Kings, Inc. |
| 12295 | 1701 Fulton Road            Fultondale, AL 35068 | Burger King Corporation 5707 Blue Lagoon Drive Miami, FL  33126 | Premier Kings, Inc. |
| 16269 | 1262 Highway 21 S Springfield, GA  31329 | Crown Premier Properties, LLC 10 Mall Court, Suite A Savannah, GA 31411 | Premier Kings of Georgia, Inc. |
| 16460 | 529 Claxton Ave  Loc 119          Elba, AL 36323 | DPI Group, LLC P.O. Box 3377 Fresno, CA 93650 | Premier Kings, Inc. |
| 4856 | 119 Hwy 138 Stockbridge, GA  30281 | Genea Property, LLC 3344 Peachtree Road NE, Unit 3205, Atlanta, GA 30326 | Premier Kings of Georgia, Inc. |
| 6534 | 3182 Montgomery Hwy Dothan, AL  36303 | Karen L. Nystrom 1090 Deanna Drive Menlo Park, CA 94025 | Premier Kings, Inc. |
| 20826 | 530 Fieldstown Rd Gardendale, AL   35071 | Luther Smith 645 Marion Hills Way Knightdale, NC 27545 | Premier Kings, Inc. |
| 20826 | 530 Fieldstown Rd Gardendale, AL   35071 | Premier Holdings, LLC c/o Robert Ritchey P.O. Drawer 4540 Montgomery, AL,  36103-4540 | Premier Kings, Inc. |
| 22245 | 1752 Highway 431 Boaz, AL  35957 | Premier Kings Holdings, LLC c/o Robert Ritchey P.O. Drawer 4540 Montgomery, AL,  36103-4540 | Premer Kings of North Alabama, LLC |

| | | | |
|---|---|---|---|
| 22010 | 3076 Pelham Pkwy<br>Pelham, AL 35124 | Premier Kings Holdings, LLC<br>c/o Robert Ritchey<br>P.O. Drawer 4540<br>Montgomery, AL, 36103-4540 | Premier Kings, Inc. |
| 18636 | 945 West South Blvd<br>Montgomery, AL 36105 | Premier Kings Holdings, LLC<br>c/o Robert Ritchey<br>P.O. Drawer 4540, Montgomery,<br>AL, 36103-4540 | Premier Kings, Inc. |
| 10728 | 53 South Broad Street<br>Porterdale, GA 30014 | Premier Kings Holdings, of<br>Georgia, LLC<br>c/o Robert Ritchey<br>P.O. Drawer 4540<br>Montgomery, AL, 36103-4540 | Premier Kings of Georgia, Inc. |
| 8152 | 5961 Chalkville Mtn Hwy<br>Birmingham, AL 35253 | Schuster Enterprises<br>P.O. Box 12029<br>Columbus, GA 31917-2029 | Premier Kings, Inc. |
| 20519 | Walmart Supercenter #1373<br>4004 Lawrenceville, Highway<br>Lilburn, GA 30047 | Walmart Realty Company<br>2001 SE 10th Street<br>Bentonville, AR 72716-5525 | Premer Kings of North Alabama,<br>LLC |