# Notice Recipients

District/Off: 1126–2          User: admin               Date Created: 11/14/2023

Case: 23–02871–TOM11          Form ID: pdf000           Total: 67

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | J. Thomas Corbett | jtom_corbett@alnba.uscourts.gov |
| ba | Jon A Dudeck | jon_dudeck@alnba.uscourts.gov |
| ba | Rachel L. Webber | rachel_webber@alnba.uscourts.gov |
| aty | Albert Kass | ecfpleadings@kccllc.com |
| aty | Anthony B Bush | abush@bushlegalfirm.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Brian R Walding | bwalding@waldinglaw.com |
| aty | Brooke L. Bean | bbean@kslaw.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Clarence A Wilbon | clarence.wilbon@arlaw.com |
| aty | Daniel D Sparks | ddsparks@csattorneys.com |
| aty | Danielle Elysees Douglas | danielle.douglas@arlaw.com |
| aty | David Evan Otero | david.otero@akerman.com |
| aty | Eric T Ray | etray@hklaw.com |
| aty | Gary H. Leibowitz | gleibowitz@coleschotz.com |
| aty | Glenn Moses | gmoses@venable.com |
| aty | Glenn E Glover | gglover@babc.com |
| aty | Gregory Michael Taube | greg.taube@nelsonmullins.com |
| aty | Harry Conrad Jones, III | hjones@coleschotz.com |
| aty | Hirshel Hall | hirshel.hall@alston.com |
| aty | Irving Edward Walker | iwalker@coleschotz.com |
| aty | James Blake Bailey | jbailey@bradley.com |
| aty | Jayna Partain Lamar | jlamar@maynardnexsen.com |
| aty | Jeremy L Retherford | jretherford@balch.com |
| aty | Jesse S Vogtle, Jr | jesse.vogtle@hklaw.com |
| aty | John Michael Pardoe | mpardoe@coleschotz.com |
| aty | Kathryn Grafton | kgrafton@chambless–math.com |
| aty | Kevin D. Heard | kheard@heardlaw.com |
| aty | Lisa M Peters | lisa.peters@kutakrock.com |
| aty | Lyndel Anne Vargas | lvargas@chfirm.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Max A. Moseley | mmoseley@kppblaw.com |
| aty | Morgan L Allred | morgan.allred@hklaw.com |
| aty | Paul J. Battista | pjbattista@venable.com |
| aty | Peter J. Haley | peter.haley@nelsonmullins.com |
| aty | Tazewell Taylor Shepard, IV | ty@ssmattorneys.com |
| aty | Wesley Ryan Bulgarella | wbulgarella@maynardcooper.com |
| aty | William M. Hancock | bankruptcy@wolfejones.com |

TOTAL: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Premier Kings, Inc. | 7078 Peachtree Industrial Blvd #800          Peachtree Corners, GA 30071 |
| intp | Renasant Bank | 1901 Sixth Ave. N., Suite 1500          Birmingham, AL 35203 |
| cr | Burger King Company LLC | 5707 Blue Lagoon Drive          Miami, FL 33126 UNITED STATES |
| intp | RRG of Jacksonville, LLC | c/o Peter Haley          Nelson Mullins Riley & Scarborough LLP          One Financial Center, Suite 3500          Boston, MA 02111 |
| op | Kurtzman Carson Consultants LLC | 222 N. Pacific Coast Highway          Suite #300          El Segundo, CA 90245 |
| intp | Premier Holdings, LLC | 3300 Eastern Blvd          Montgomery, AL 36116 |
| cr | Kemco Facilities Services, LLC | 5750 Bell Circle          Montgomery, AL 36116 |
| cr | CB&S Bank          CB&S Bank | P.O. Box 910          Russellville, AL 35653 |
| crcm | Playland Maintenance Service Inc. | 3935 Tamiami Trail          Cumming, GA 30041 |
| crcm | M D Homes Alabama LLC | PO Box 6415          East Brunswick, NJ 08816 |
| crcm | BK Collinsville LLC | 4615 University Drive          Coral Gables, FL 33146 |
| crcm | GAJ Realty Group Inc | 8 Rosewood Drive          North Massapequa, NY 11758 |
| crcm | Hudson Construction Company | 1425 Market Blvd          Suite 530 318          Roswell, GA 30076 |
| crcm | Brinks Incorporated | PO Box 101031          Atlanta, GA 30392 |
| crcm | TK&K Unlimited Inc | 8014 Cumming Hwy          Suite 403 332          Canton, GA 30115 |
| crcm | E.S.S., Inc. | 203 McMillin St          Nashville, TN 37203–2912 |
| crcm | Hemphill Services Inc | PO Box 1234          Trussville, AL 35173 |
| intp | Bulldog Restaurants, LLC | c/o Baker Donelson          1901 6th Ave. N., Suite 2600          Birmingham, AL 35203 |
| cr | South Coast Enterprises, LLC | c/o Heard, Ary & Dauro, LLC          303 Williams Avenue SW          Suite 921          Huntsville, AL 35801 |
| cr | Rave II Enterprises, LLC | c/o Heard, Ary & Dauro, LLC          303 Williams Avenue SW          Suite 921          Huntsville, AL 35801 |

| | | | | | |
|---|---|---|---|---|---|
| cr | Rave Enterprises, LLC | c/o Heard, Ary & Dauro, LLC | 303 Williams Avenue SW | Suite 921 | Huntsville, AL 35801 |
| cr | AuburnBank | c/o Parnell & Parnell, P.A. | P.O. Box 224 | Montgomery, AL 36102 | |
| intp | Merit Bank | 659 Gallatin St SW | Huntsville, AL 35801 | | |
| aty | Christian & Small LLP | 505 N 20th St Ste 1800 | Birmingham, AL 35203 | | |
| aty | Christopher K Coleman | 1201 West Peachtree Street | Atlanta, GA 30309 | | |
| aty | Jacob Johnson | Alston & Bird LLP | 1201 West Peachtree Street | Atlanta, GA 30309 | |
| aty | Jeffrey R. Dutson | King & Spalding LLP | 1180 Peachtree Street NE | Ste 1600 | Atlanta, GA 30309 |
| aty | William P. Reily | King & Spalding LLP | 110 N. Wacker Drive, Suite 3800 | Chicago, IL 60606 | |
| smg | Thomas Corbett | BA Birmingham | 1800 5th Avenue North | Birmingham, AL 35203 | |

TOTAL: 29