**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | (Chapter 11) |
| PREMIER KINGS, INC., *et al.*,[1] | Case No. 23-02871-TOM |
| Debtors. | Jointly Administered |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

Premier Kings, Inc. and its affiliates, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Debtors**") with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements,**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Northern District of Alabama (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. The Debtors' Chief Restructuring Officer ("**CRO**") relied, in part, on books and records prepared and maintained kept by the Debtors' owner prior to his death and before the CRO's retention. The CRO endeavored to reconcile the entries and make corrections as needed. The CRO makes no representations or warranties with respect to the accuracy of the entries that predated his retention. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements. The

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are: Premier Kings, Inc. (3932); Premier Kings of Georgia, Inc. (9797); and Premier Kings of North Alabama, LLC (9282). The Debtors' address is 7078 Peachtree Industrial Blvd., Suite #800, Peachtree Corners, GA 30071. The Court entered an order for joint administration on October 30, 2023 [Doc. No. 84].

Schedules and Statements are presented in a consolidated format to save the estates the unnecessary expense of duplicative drafting, but the specific Debtor has been identified in each section where possible and the attached exhibits break out payments by separate Debtor for (i) payments made within 90 days; (ii) payments made to insiders within one year; and (iii) transfers out of the ordinary course of business. However, there were instances prepetition where one Debtor paid a debt of another Debtor or of all Debtors in connection with expenses like, without limitation, interest payments, professional fees, and payments to certain ordinary course suppliers.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of the Debtors. In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

2. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("**Claim**") description, designation, or Debtors against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity,

enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed or against the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

The listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 4) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

3.  **Global Notes.** These Global Notes are in addition to any specific notes set forth in the Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

4.  **Description of Cases and "as of" Information Date.** On October 25, 2023 (the "**Petition Date**"),** the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. **The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on October 25, 2023, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on October 25, 2023.**

5.  **Net Book Value of Assets.** Except as otherwise noted, each asset and liability of the Debtors is shown on the basis of net book value of the asset or liability in accordance with such Debtors' accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests. Additionally, because the book values of certain assets may materially differ from their fair market values, they may be listed as undetermined amounts as of the

Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

6. **Recharacterization.** Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

7. **Real Property and Personal Property–Leased.** In the ordinary course of their businesses, the Debtors leased real property and various articles of personal property from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

8. **Excluded Assets and Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. Prepetition liabilities which have been paid postpetition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserves all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to Claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

9. **Insiders.** Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding

in excess of 5% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

10. **Intellectual Property Rights.** The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

11. **Related Party and Other Transactions.** In the ordinary course of business, the Debtors engage in various related party transactions. As an accounting matter, these ordinary course transactions are memorialized by journal entry or settled by check or wire payment.

12. **Executory Contracts and Unexpired Leases.** The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.

13. **Materialman's/Mechanic's Liens.** The assets listed in the Schedules and Statements are presented without consideration of any materialman's or mechanic's liens.

14. **Classifications.** Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to exercise their rights to setoff against such Claims.

15. **Claims Description.** Schedules D and E/F permits the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

16. **Causes of Action.** Despite its reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege,

license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action")** they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

17. <u>**Litigation.**</u> The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

18. <u>**Summary of Significant Reporting Policies.**</u> The following is a summary of significant reporting policies:

        a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

        b.    <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

        c.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

19. <u>**Estimates and Assumptions.**</u> Because of the timing of the filings, the Debtors were required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

20. <u>**Currency.**</u> Unless otherwise indicated, all amounts are reflected in U.S. dollars.

21. <u>**Setoffs.**</u> The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, Related Party transactions, pricing discrepancies, returns, refunds,

warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

22. **Employee Addresses.** Employee addresses have been removed from entries listed on the Schedules and Statements, as applicable. These addresses are available upon request of the Bankruptcy Administrator for the Northern District of Alabama and the Bankruptcy Court.

23. **Global Notes Control.** If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B.** All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on October 25, 2023, unless otherwise noted below. Other than real property leases reported on Schedule A/B 55, the Debtors have not included leases and contracts on Schedule A/B. Leases and contracts are listed on Schedule G.

**Schedule A/B 3.** Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on October 25, 2023. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Motion of the Debtors and Debtors-in-Possession for Entry of Interim and Final Orders Approving Cash Management System and Authorizing the Debtors to Continue Using Existing Bank Accounts and Business Forms* [Doc. No. 7] (the "**Cash Management Motion").**

**Schedule A/B 11.** Accounts receivable include Related Party receivables.

**Schedule A/B 55.** The Debtors have listed owned real property in Schedule A/B 55. The Debtors have also listed their real property leases in Schedule A/B 55.

**Schedule A/B 62.** The Debtors maintain certain franchise agreements for use in their businesses. The amount is based on the net book value of such agreements, which are attributable to the remaining useful life.

**Schedule D.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the

terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds, or inchoate statutory lien rights. Finally, any description of any lien or of the Debtors' property that is subject to a lien that is included in Schedule D is not an admission by the Debtors of the validity or the enforceability of the lien. The descriptions included in Schedule D are derived from the various filings that record a creditor's alleged interest in the Debtors' property. The Debtors reserves all rights to challenge these interests in connection with the Chapter 11 Cases.

**Schedule E/F part 2.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, Claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Further, the incidents underlying the litigation Claims listed on Schedule E/F may have given rise to related obligations that the Debtors may be responsible for. Inclusion of these related obligations on Schedule E/F is not intended to suggest that the litigation counterparty is entitled to multiple or duplicative recoveries. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G.** The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The

Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease, was in effect on the Petition Date, or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

**Schedule H.** For purposes of Schedule H, the Debtors that are the principal obligor under the prepetition debt facilities are listed on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.

In the ordinary course of its businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated all

such Claims as contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on Debtors' Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4), employees, and bankruptcy professionals (which payments appear in Statement 11 and include any retainers paid to bankruptcy professionals). The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 4.** Statement 4 accounts for Debtors' transfers (other than Related Party transfers) to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), expense reimbursement, relocation reimbursement, and/or severance. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

The Debtors have included all consulting and payroll distributions and travel, entertainment, and other expense reimbursements made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider."

The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7.** Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

**Statement 10.** The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. The losses listed on Statement 10 are based on the estimated amounts currently owed and are not intended to be an admission of the amounts owed.

**Statement 11.** Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related the Debtors' bankruptcy proceedings in

Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**<u>Statement 26d</u>.** The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the listing of parties on Statement 26d may not be complete.

**<u>Statement 30</u>.** Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor name ___Premier Kings, Inc., et al.___ ___ ___ ___ ___ ___ ___ ___ ___ ___

United States Bankruptcy Court for the: ___Northern___ District of ___AL___
                                                                                    (State)

Case number (If known): ___23-02871-TOM___ ___

❑ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _39,650,646_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................... $ _23,840,131_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ _63,490,777_

---

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... $ _87,011,124_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _889,916_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ ✚ $ _17,717,002_

4. Total liabilities.................................................................................................. $ _105,618,042_
   Lines 2 + 3a + 3b

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document      Page 12 of 120

**Fill in this information to identify the case:**

Debtor name     Premier Kings, Inc., et al.

United States Bankruptcy Court for the:     Northern     District of     AL
                                                                          (State)

Case number (If known):     23-02871-TOM

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   X  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $ 238,700

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | *Reconciled Bank Balance |
|---|---|---|---|
| 3.1. Truist Bank | checking - PKI | xxxx7620 | $ 892,784.10 |
| 3.2. Truist Bank | checking- PKGA | xxxx8155 | $ 931,862.92 |
| 3.3. Truist Bank | checking - PKNA | xxxx3265 | $ 849,289.02 |
| 3.4. Cadence Bank | checking - PKNA | xxxx2878 | $ 825.00 |
| 3.5. Noble Bank & Trust | checking - PKNA | xxxx7094 | $ 19,946.33 |
| 3.6. Peoples Independent Bank | checking - PKNA | xxxx9190 | $ 179.85 |
| 3.7. Renasant Bank | checking - PKNA | xxxx2048 | $ 688.00 |
| 3.8. First Farmers & Merchants Bank | checking - PKNA | xxxx1015 | $ 182.33 |
| 3.9. Wells Fargo Bank | checking - PKNA | xxxx2153 | $ 1,120.26 |
| 3.10. First Jackson Bank | checking - PKNA | xxxx | $ 1,348.80 |
| 3.11. Liberty Bank (balance as of 6/30/23) | checking - PKNA | xxxx | $ 1,063.25 |
| 3.12. Regions | checking - PKNA | xxxx | $ 11,312.87 |
| 3.13. Builtwell Bank (balance as of 7/31/23) | checking - PKNA | xxxx | $ 269.00 |
| 3.14. Regions Bank – Main (balance as of 1/31/22) | checking - PKI | xxxx | $ 4,585.82 |
| 3.15. Regions Bank – Pelham (balance as of 12/31/21) | checking - PKI | xxxx1107 | $ 655.35 |
| 3.16. PeoplesSouth Bank | checking - PKI | xxxx | $ 483.38 |
| 3.17. PNC Bank (balance as of 12/31/21) | checking - PKI | xxxx7660 | $ 3,335.37 |
| 3.18. Regions Bank | checking - PKGA | xxxx7839 | $ 496.16 |
| 3.19. Heritage Bank (balance as of 9/29/23) | checking - PKGA | xxxx3584 | $ 32,740.50 |
| 3.20. Renasant Bank | checking - PKGA | xxxx9208 | $ 2,270.89 |
| 3.21. Bank of America | checking - PKGA | xxxx6818 | $ 1,248.08 |
| 3.22. Synovus | checking - PKGA | xxxx1671 | $ 58.56 |
| 3.23. SouthState Bank | checking - PKGA | xxxx7595 | $ 487.58 |
| 3.24. GB Bank Group | checking - PKGA | | $ 177.79 |

4. **Other cash equivalents** *(Identify all)*

   4.1.                                                                              $
   4.2.                                                                              $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $2,996,650

   **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   **X** Yes. Fill in the information below.

<b>Current value of<br>debtor's interest</b>

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. Utility deposit | $ 802,775 |
   | 7.2. Sales tax deposit | $ 438,172 |
   | 7.3. Rent deposit | $ 57,933 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment (these payments were made on behalf of

| | |
|---|---|
| 8.1. Insurance | $ 902,443 |
| 8.2. Rent and property tax | $ 307,341 |
| 8.3. Professional fees | $ 835,836 |
| 8.4. Other (POS fees and prepaid cards for field) | $ 459,907 |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,804,406

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

X   Yes. Fill in the information below

Current value of debtor's interest

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 1,555,037 | – | 0 | = ......➜ $ 1,555,037 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 7,972,316 (See exhibit 1 for each company's amount) | – | 0 | = ......➜ $ 7,972,316 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 9,527,353

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

X  Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. | | $ |
| 14.2. | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. PK Air (owned wholly by PKGA) | 100 % | Book Value | $ 0 |
| 15.2. | % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. | | $ |
| 16.2. | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$

Official Form 206A/B     Case 23-02871-TOM11   Doc 257   Schedule A/B: Filed 03/28/23   Real and Personal Property Entered 03/28/23 20:58:50   Desc   page 3

Main Document     Page 15 of 120

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** Food and paper | 10/25/2023 MM / DD / YYYY | $ 1,663,667 | Cost | $ 1,663,667 |
| 22. **Other inventory or supplies** Small wares, uniforms, and R&M supplies | 10/31/23 MM / DD / YYYY | $16,211 | Cost | $16,211 |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 1,679,878

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value 1,663,667     Valuation method Cost     Current value 1,663,667

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

X No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------|------------------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
X Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 All trucks and work vans (total of 17) | $ 102,091 | cost less depreciation | $102,091 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Debtors did not maintain detailed fixed asset records prior to the retention of the CRO | undetermined (valuation ongoing) | | undetermined (valuation ongoing) |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 102,091

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
X Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
X No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - X Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 247 Forest Parkway<br>Forest Park, GA (Burger King restaurant) - PKGA | Own building subject to a ground lease | $ 457,043 | cost less depreciation | $ 457,043 |
| 55.2 100 Peter Lane<br>New Hope, AL (Burger King restaurant) - PKNA | Own building and land | $ 1,200,000 | 6/20/23 Appraisal | $ 1,200,000 |
| 55.3 1214 N Locust Ave<br>Lawrenceburg TN(Burger King restaurant) -PKNA | Own building and land | $1,300,000 | 6/19/23 Appraisal | $1,300,000 |
| 55.4 Building improvements to all restaurants | leasehold improv. | $36,603,603 | cost less depreciation | $36,603,603 |
| 55.5 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $39,560,646

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - X No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☐ No
   - X Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - X Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties**<br>166 Burger King franchise agreements ($50k cost) | $8,300,000 | cost less amortization | $ 5,633,333 |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 5,633,333

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   **X**  No

   ☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐  No

   **X**  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   **X**  No

   ☐  Yes

---

| **Part 11:** | **All other assets** |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   **X**  No. Go to Part 12.

   ☐  Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71. **Notes receivable**

   Description (include name of obligor)

   _____ − _____ = ➜   $_____
   Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   Tax year _____ $_____
   Tax year _____ $_____
   Tax year _____ $_____

73. **Interests in insurance policies or annuities**

   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   | Nature of claim | See Exhibit 2 for detail of transaction |
   | --- | --- |
   | Amount requested | $_____ |

   0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   | Nature of claim: underline{business interruption} |
   | --- |

   $96,419

   | Amount requested | $96,419 |
   | --- | --- |

76. **Trusts, equitable or future interests in property**

   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | $96,419 |
   | --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   **X**  No

   ☐  Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 2,996,650 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 3,804,406 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 9,527,353 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 1,679,878 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 102,091 | |
| 88. **Real property.** Copy line 56, Part 9. ....................................➔ | | $39,650,646 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 5,633,333 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $96,419 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $23,840,131 | + 91b. $39,650,646 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................... $63,490,777

| Fill in this information to identify the case: |
|---|
| Debtor name: Premier Kings, Inc. et al. |
| United States Bankruptcy Court for the: ___Northern___   District of ___AL___ |
| (State) |
| Case number (if known): 23-02871-TOM |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15
**Be as complete and accurate as possible.**

1. Do any creditors have claims secured by debtor's property?
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
X Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| Wells Fargo Bank, N.A., as Administrative Agent, L/C Issuer and Collateral Agent | All Assets | $ 86,991,003.68 | $ 86,991,003.68 |
| **Creditors Mailing Address** | Loan is cross collateralized and guaranteed by each debtor | | |
| 171 17th St. N.W. 7th Floor | | | |
| Atlanta, GA 30363 | **Describe the lien** | | |
| **Creditors' email address, if known** | Security agreement, collateral assignment of leases, mortgages, UCC filings and more | | |
| jdutson@kslaw.com | **Is the creditor an insider or related party** | | |
| **Date debt was incurred** | X No | | |
| 6/1/2016 | ☐ Yes | | |
| **Last 4 digits of account number** | **Is anyone else liable on this claim** | | |
| | X No | | |
| ___ | ☐ Yes, Fill out *Schedule H: Codebtors (Official Form 206H)* | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| X No | check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority | ☐ Contingent | | |
| | X Unliquidated | | |
| | ☐ Disputed | | |
| **2.2** **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| Ford Motor Credit Company | Premier King Inc.'s 2019 Ford F350 | $ 20,120.64 | $ 20,120.64 |
| **Creditors Mailing Address** | | | |
| P.O Box 105704 | **Describe the lien** | | |
| Atlanta, GA 30348 | Secured by vehicle | | |
| **Creditors' email address, if known** | | | |
| | **Is the creditor an insider or related party** | | |
| **Date debt was incurred** | X No | | |
| 9/18/2019 | ☐ Yes | | |
| **Last 4 digits of account number** | **Is anyone else liable on this claim** | | |
| | X No | | |
| ___ | ☐ Yes, Fill out *Schedule H: Codebtors (Official Form 206H)* | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| X No | check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority | ☐ Contingent | | |
| | X Unliquidated | | |
| | ☐ Disputed | | |

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $ 87,011,124.32 |
|---|---|

```
Fill in this information to identify the case:

Debtor     Premier Kings, Inc. et al.

United States Bankruptcy Court for the: Northern   District of AL

Case number: 23-02871-TOM
```

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1**   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐      No. Go to Part 2.

X      Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** | **Priority amount** |
|---|---|---|---|---|
| | Alabama Department of Labor | Contingent | $ 78.63 | $ 78.63 |
| | 649 Monroe Street | X Uniquid | | |
| | Montgomery, AL 36131 | Disputed | | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** | **Priority amount** |
|---|---|---|---|---|
| | Alacourt.com | Contingent | $ 136.96 | $ 136.96 |
| | PO Box 8147 | X Uniquid | | |
| | Mobile, AL 36689-0147 | Disputed | | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** | **Priority amount** |
|---|---|---|---|---|
| | Amanda G.Scott,CPA Rev Comm | Contingent | $ 4,075.51 | $ 4,075.51 |
| | POBox 696 | X Uniquid | | |
| | Decatur, AL 35602 | Disputed | | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document      Page 23 of 120

| **2.4** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Andrea LeCroy, Probate Judge | Contingent | $ 199.50 | $ 199.50 |
| | 425 Gunter Avenue, Suite 110 | X Uniquid | | |
| | Guntersville, AL 35976 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.5** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Andrew Weathington, Judge of Probate | Contingent | $ 48.30 | $ 48.30 |
| | 1815 Cogswell Ave., Ste. 112 | X Uniquid | | |
| | Pell City, AL 35125 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2022 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.6** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Barry Willingham, Rev Commis Cullman Coun | Contingent | $ 1,397.55 | $ 1,397.55 |
| | POBox 2220 | X Uniquid | | |
| | Cullman, AL 35056-2220 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.7** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Becky Nordgren, Etowah Rev Commissioner | Contingent | $ 4,985.60 | $ 4,985.60 |
| | 800 Forrest Ave. Room 005 | X Uniquid | | |
| | Gadsden, AL 35901 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.8** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Brantley County Tax Commissioner | Contingent | $ 14,396.61 | $ 14,396.61 |
| | PO Box 829 | X Uniquid | | |
| | Nahunta, GA 31553 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| | | | |
|---|---|---|---|
| **2.9** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** | **Priority amount** |

**2.9**

Priority creditor's name and mailing address

Bryan County Tax Commisioner

Carrol Ann ColemanPO Box 447

Pembroke, GA 31231

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 11,151.95   Priority amount $ 11,151.95

---

**2.10**

Priority creditor's name and mailing address

Bulloch County Tax Commissioner

James W Deal PO Box 245

Statesboro, GA 30459-0245

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 728.57   Priority amount $ 728.57

---

**2.11**

Priority creditor's name and mailing address

Butler County Revenue Commissioner

700 Court Square

Greenville, AL 36037

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*
Contingent
Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 1,269.90   Priority amount $ 1,269.90

---

**2.12**

Priority creditor's name and mailing address

Butts County Tax Commissioner

PO Box 1400

Jackson, GA 30233

**Date or dates debt was incurred:** 9/2023 - 8/2023

**Last 4 digits of account number:**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 9,601.09   Priority amount $ 9,601.09

---

**2.13**

Priority creditor's name and mailing address

Calhoun County Revenue Commissioner

Tim Hodges
1702 Noble Street, Suite 104

Anniston, AL 36201

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 10,879.20   Priority amount $ 10,879.20

---

| **2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

Chatham Co. Health Department

PO Box 14257

Savannah, GA 31416-1257

**Date or dates debt was incurred:** 10/2023 - 8/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent

X Uniquid

Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**

X No

Yes

$ 1,600.00　$ 1,600.00

---

| **2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

Chatham County Tax Commissioner

Chatham Co Tax Comm Pymt Lockbox
PO Box 9827
Savannah, GA 31412

**Date or dates debt was incurred:** 10/2023 - 5/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent

X Uniquid

Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**

X No

Yes

$ 63,276.73　$ 63,276.73

---

| **2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

City of Lawrenceville

PO Box 2200

Lawrenceville,, GA 30046-2200

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent

X Uniquid

Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**

X No

Yes

$ 2,872.64　$ 2,872.64

---

| **2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

City of Montgomery License & Revenue

PO BOX 830525

Birmingham, AL 35283-0525

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent

X Uniquid

Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**

X No

Yes

$ 1,844.78　$ 1,844.78

---

| **2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

City of Montgomery-License

25 Washington Ave

Montgomery, AL 36104

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent

X Uniquid

Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**

X No

Yes

$ 12.56　$ 12.56

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Clayton Co. Tax Commissioner | Contingent | $ 21,056.09 | $ 21,056.09 |
| | 121 McDonough St | X Uniquid | | |
| | Jonesboro, GA 30236 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Curtis Blair, Pike County Revenue Commissioner | Contingent | $ 7,681.17 | $ 7,681.17 |
| | 120 W. Church Street | X Uniquid | | |
| | Troy, AL 36081 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Dekalb County Tax Commissioner | Contingent | $ 35,819.76 | $ 35,819.76 |
| | PO Box 100004 | X Uniquid | | |
| | Decatur, GA 30031 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 - 8/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Don Armstrong Property Tax Collector | Contingent | $ 33,385.56 | $ 33,385.56 |
| | PO Box 1298 | X Uniquid | | |
| | Columbiana, AL 35051 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Eric S. Burks, Assistant Tax Collector | Contingent | $ 18,007.67 | $ 18,007.67 |
| | P.O. Box 1190 | X Uniquid | | |
| | Bessemer, AL 35021-1190 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Fayette Tax Commissioner | Contingent | $ 2,208.47 | $ 2,208.47 |
| | PO Box 70 | X Uniquid | | |
| | Fayetteville, GA 30214 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured** | Yes | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Fulton County Tax Commissioner | Contingent | $ 19,884.96 | $ 19,884.96 |
| | PO Box 105052 | X Uniquid | | |
| | Atlanta, GA 30348 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured** | Yes | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | G.Brian Patterson, Rev Commissioner | Contingent | $ 3,240.80 | $ 3,240.80 |
| | 100 S. Clinton Street, Ste.A | X Uniquid | | |
| | Athens, AL 35611 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured** | Yes | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | George L. Patterson, Jr. Revenue Commissioner | Contingent | $ 6,709.56 | $ 6,709.56 |
| | 1 N. Court Square | X Uniquid | | |
| | Andalusia, AL 36420 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured** | Yes | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Glynn County Tax commissioner | Contingent | $ 17,767.50 | $ 17,767.50 |
| | PO Box 1259 | X Uniquid | | |
| | Brunswick, GA 31521 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured** | Yes | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Greene County Tax  Commissioner | Contingent | $ 8,388.39 | $ 8,388.39 |
| | 1034 Silver Drive Suite, 101 | X Uniquid | | |
| | Greensboro, GA 30642-2183 | Disputed | | |
| | Date or dates debt was incurred:　　9/2023 | Basis for the claim:　　Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Gregg Armstrong Revenue Commissioner | Contingent | $ 9,541.50 | $ 9,541.50 |
| | 220 2nd Ave. East, Room 102 | X Uniquid | | |
| | Oneonta, AL 35121 | Disputed | | |
| | Date or dates debt was incurred:　　10/2023 | Basis for the claim:　　Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Gwinnett County Environmental Health | Contingent | $ 1,200.00 | $ 1,200.00 |
| | 455 Grayson Hwy Suite 600 | X Uniquid | | |
| | Lawrenceville, GA 30046 | Disputed | | |
| | Date or dates debt was incurred:　　10/2023 - 4/2023 | Basis for the claim:　　Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Gwinnett County Tax Commissioner | Contingent | $ 136,295.37 | $ 136,295.37 |
| | POBox 372 | X Uniquid | | |
| | Lawrenceville, GA 30046 | Disputed | | |
| | Date or dates debt was incurred:　　8/2023 | Basis for the claim:　　Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Henry Co. Environmental Health Dept. | Contingent | $ 1,000.00 | $ 1,000.00 |
| | 137 Henry Co  Pkwy | X Uniquid | | |
| | Mcdounough, GA 30253 | Disputed | | |
| | Date or dates debt was incurred:　　10/2023 | Basis for the claim:　　Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

Case 23-02871-TOM11　　Doc 257　　Filed 11/28/23　　Entered 11/28/23 20:58:50　　Desc
Main Document　　　Page 29 of 120

**2.34**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* |
| Henry County Tax Commissioner | Contingent |
| 140 Henry Parkway | X Uniquid |
| McDonough, GA 30253 | Disputed |

Date or dates debt was incurred:   9/2023 - 8/2023

**Basis for the claim:**   Taxes

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**Total Claim** $ 70,024.45    **Priority amount** $ 70,024.45

---

**2.35**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* |
| Houston County Probate | Contingent |
| 462 N Oates Street | X Uniquid |
| Dothan, AL 36303 | Disputed |

Date or dates debt was incurred:   10/2023

**Basis for the claim:**   Taxes

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**Total Claim** $ 241.00    **Priority amount** $ 241.00

---

**2.36**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* |
| J.T. Smallwood Tax Collector | Contingent |
| 716 Richard Arrington Jr Blvd N | X Uniquid |
| Birmingham, AL 35203 | Disputed |

Date or dates debt was incurred:   10/2023

**Basis for the claim:**   Taxes

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**Total Claim** $ 38,034.13    **Priority amount** $ 38,034.13

---

**2.37**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* |
| JANET BUSKEY, REVENUE COMMISSIONER | Contingent |
| PO BOX 4720 | X Uniquid |
| MONTGOMERY, AL 36103-4720 | Disputed |

Date or dates debt was incurred:   10/2023

**Basis for the claim:**   Taxes

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**Total Claim** $ 3,505.58    **Priority amount** $ 3,505.58

---

**2.38**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* |
| Jasper County | Contingent |
| Finance Department | X Uniquid |
| P O Box 1149358 | Disputed |
| Ridgeland, SC 29936 | |

Date or dates debt was incurred:   10/2023

**Basis for the claim:**   Taxes

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**Total Claim** $ 1,740.95    **Priority amount** $ 1,740.95

| **2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim | Priority amount |
|---|---|---|---|---|

**2.39**

Priority creditor's name and mailing address

JC LOVE, III, JUDGE OF PROBATE
P.O. BOX 4031
MONTGOMERY, AL 36103-4031

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 828.00  Priority amount $ 828.00

---

**2.40**

Priority creditor's name and mailing address

Jeff Arnold -Jackson Co REV. Commissioner
PO Box 307

Scottsboro, AL 35768

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 2,959.38  Priority amount $ 2,959.38

---

**2.41**

Priority creditor's name and mailing address

Jerry Guthrie, Revenue Commissioner
1803 3rd Avenue, Suite 102
Jasper, AL 35501

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 9,457.60  Priority amount $ 9,457.60

---

**2.42**

Priority creditor's name and mailing address

John M. Drew - Tax Collector
86130 License RdSuite 3
Fernandina Beach, FL 32034

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 4,678.32  Priority amount $ 4,678.32

---

**2.43**

Priority creditor's name and mailing address

Joseph Cannon, Licencse Commissioner
100 S Clinton St, Suite B
Athens, AL 36611

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*check all that apply*
Contingent
X Uniquid
Disputed

**Basis for the claim:** Taxes

**Is the claim subject to offset?**
X No
Yes

Total Claim $ 95.00  Priority amount $ 95.00

| **2.44** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|

**2.44** Priority creditor's name and mailing address

JUDGE SCOTT HASSELL, JUDGE OF PROBATE

PO Box 187

Gadsden, AL 35902

**Date or dates debt was incurred:**          9/2023

**Last 4 digits of account number:**

    **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

    Contingent

X Uniquid

    Disputed

**Basis for the claim:**     Taxes

**Is the claim subject to offset?**

X No

    Yes

Total Claim: $ 1,119.00          Priority amount: $ 1,119.00

---

**2.45** Priority creditor's name and mailing address

JULIE E. MINCEY

Evans County Tax Commissioner PO BOX 685

Claxton, GA 30417-0685

**Date or dates debt was incurred:**          7/2023

**Last 4 digits of account number:**

    **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

    Contingent

X Uniquid

    Disputed

**Basis for the claim:**     Taxes

**Is the claim subject to offset?**

X No

    Yes

Total Claim: $ 266.92          Priority amount: $ 266.92

---

**2.46** Priority creditor's name and mailing address

Kate Terry, Commissioner of Licenses

PO Box 668

Decatur, AL 35602-0668

**Date or dates debt was incurred:**          9/2023

**Last 4 digits of account number:**

    **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

    Contingent

X Uniquid

    Disputed

**Basis for the claim:**     Taxes

**Is the claim subject to offset?**

X No

    Yes

Total Claim: $ 291.00          Priority amount: $ 291.00

---

**2.47** Priority creditor's name and mailing address

Kenneth L. Crowe, Revenue Commissioner St. Clair County

165 5th Ave Ste 200

Ashville, AL 35953

**Date or dates debt was incurred:**          10/2023

**Last 4 digits of account number:**

    **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

    Contingent

X Uniquid

    Disputed

**Basis for the claim:**     Taxes

**Is the claim subject to offset?**

X No

    Yes

Total Claim: $ 16,240.44          Priority amount: $ 16,240.44

---

**2.48** Priority creditor's name and mailing address

Kiley Weathers, Lawrence County Trustee

200 W Gaines St. Suite 101

Lawrenceburg, TN 38464

**Date or dates debt was incurred:**          10/2023

**Last 4 digits of account number:**

    **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

    Contingent

X Uniquid

    Disputed

**Basis for the claim:**     Taxes

**Is the claim subject to offset?**

X No

    Yes

Total Claim: $ 4,166.00          Priority amount: $ 4,166.00

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | MACON COUNTY REVENUE COMMISSIONER | Contingent | $ 14,004.28 | $ 14,004.28 |
| | P.O. BOX 830420 | X Uniquid | | |
| | TUSKEGEE, AL 36083 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Madison County Health Department | Contingent | $ 675.00 | $ 675.00 |
| | co Environmental Health 301 Max Luther Dr | X Uniquid | | |
| | Huntsville, AL 35811 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Madison County Tax Collector | Contingent | $ 80,313.79 | $ 80,313.79 |
| | Valerie D. Miles 1918 Memorial Pkwy NW | X Uniquid | | |
| | Huntsville, AL 35801-5938 | Disputed | | |
| | **Date or dates debt was incurred:** 1/2023 - 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Marshall County Revenue Commiss office | Contingent | $ 7,049.28 | $ 7,049.28 |
| | 424 Blount Ave., Suite 124 | X Uniquid | | |
| | Guntersville, AL 35976 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Mary Ann Ellison, Geneva County Revenue Commissioner | Contingent | $ 6,361.87 | $ 6,361.87 |
| | P.O. Box 326 | X Uniquid | | |
| | Geneva, AL 36340 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.54** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | McIntosh Co. Healthy Department | Contingent | $ 150.00 | $ 150.00 |
| | Environmental Health Section 1335 GA HWY 57PO Box 231 | X Uniquid | | |
| | Townsend, GA 31331 | Disputed | | |
| | **Date or dates debt was incurred:** 1/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.55** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Morgan County Environmental Health | Contingent | $ 1,700.00 | $ 1,700.00 |
| | 2005 South Main Street, Ste 200 | X Uniquid | | |
| | Madison, GA 30650 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.56** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Morgan County Tax Commissioner | Contingent | $ 10,429.39 | $ 10,429.39 |
| | PO Box 151 | X Uniquid | | |
| | Madison, GA 30650 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.57** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | National Tax Credit | Contingent | $ 2,180.61 | $ 2,180.61 |
| | 4076 Paysphere Circle | X Uniquid | | |
| | Chicago, IL 60674 | Disputed | | |
| | **Date or dates debt was incurred:** 8/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| **2.58** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Newton County Tax Commissioner | Contingent | $ 39,772.46 | $ 39,772.46 |
| | 1113 Usher St  NW Suite 101 | X Uniquid | | |
| | Covington, GA 30014-2470 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|---|---|---|---|---|
| | Oconee Co Tax Commissioner | Contingent | $ 13,726.66 | $ 13,726.66 |
| | Jennifer T Riddle PO BOX 106 | X Uniquid | | |
| | Watkinsville, GA 30677 | Disputed | | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|---|---|---|---|---|
| | Pamela B. Dyson, ACAP, Henry County Revenue Commissioner | Contingent | $ 8,198.08 | $ 8,198.08 |
| | 101 Court Square, Suite C | X Uniquid | | |
| | Abbeville, AL 36310 | Disputed | | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|---|---|---|---|---|
| | Paulding County Tax Commissioner | Contingent | $ 3,210.66 | $ 3,210.66 |
| | 240 Constitution Blvd Rm 3006 | X Uniquid | | |
| | Dallas, GA 30132-4616 | Disputed | | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|---|---|---|---|---|
| | Robert D. Agerton (Judge of Probate) | Contingent | $ 298.50 | $ 298.50 |
| | PO Box 557 | X Uniquid | | |
| | Brewton, AL 36427 | Disputed | | |
| | Date or dates debt was incurred: 10/2022 - 10/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|---|---|---|---|---|
| | Rockdale Co. Tax Commissioner | Contingent | $ 36,473.01 | $ 36,473.01 |
| | PO Box 1497 | X Uniquid | | |
| | Conyers, GA 30012--7597 | Disputed | | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Taxes | | |
| | Last 4 digits of account number: | Is the claim subject to offset? | | |
| | | X No | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|------|---|---|---|---|
|  | Rockdale Environmental Health Services | Contingent | $ 440.00 | $ 440.00 |
|  | POBox 289 | X Uniquid |  |  |
|  | Conyers, GA 30012 | Disputed |  |  |
|  | **Date or dates debt was incurred:** 1/2023 | **Basis for the claim:** Taxes |  |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |  |
|  |  | X No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes |  |  |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|------|---|---|---|---|
|  | Rodney Pettus | Contingent | $ 360.25 | $ 360.25 |
|  | License Commissioner,Lauderdale Co. PO Box 1059 | X Uniquid |  |  |
|  | Florence, AL 35631 | Disputed |  |  |
|  | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes |  |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |  |
|  |  | X No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes |  |  |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|------|---|---|---|---|
|  | Ronald L. Burns, Revenue Commissioner | Contingent | $ 7,773.68 | $ 7,773.68 |
|  | P.O. Box 411 | X Uniquid |  |  |
|  | Elba, AL 36323 | Disputed |  |  |
|  | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes |  |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |  |
|  |  | X No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes |  |  |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|------|---|---|---|---|
|  | Savannah GA GOV | Contingent | $ 460.20 | $ 460.20 |
|  | Revenue Dept PO Box 1968 | X Uniquid |  |  |
|  | Savannah, GA 31402 | Disputed |  |  |
|  | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes |  |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |  |
|  |  | X No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes |  |  |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|------|---|---|---|---|
|  | Sharon B Hilbish, Revenue Commissioner | Contingent | $ 10,784.72 | $ 10,784.72 |
|  | PO Box 480578 | X Uniquid |  |  |
|  | Linden, AL 36748-0578 | Disputed |  |  |
|  | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes |  |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** |  |  |
|  |  | X No |  |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes |  |  |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | St. Johns Co. Tax Collector | Contingent | $ 56.25 | $ 56.25 |
| | PO Box 9001 | X Uniquid | | |
| | St Augustine, FL 32085-9001 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Susan D. Jones, Tax Collector | Contingent | $ 6,273.18 | $ 6,273.18 |
| | 714 Greensboro Avenue Room 124 | X Uniquid | | |
| | Tuscaloosa, AL 35401-1891 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Tammy Brown, Judge of Probate | Contingent | $ 173.00 | $ 173.00 |
| | POBox 970 | X Uniquid | | |
| | Cullman, AL 35056 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Tim Pettis, Tax Collector | Contingent | $ 423.00 | $ 423.00 |
| | P.O. Box 407 | X Uniquid | | |
| | Brewton, AL 36427 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim | Priority amount |
|---|---|---|---|---|
| | Tammy Brown, Judge of Probate | Contingent | $ 173.00 | $ 173.00 |
| | POBox 970 | X Uniquid | | |
| | Cullman, AL 35056 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Tim Pettis, Tax Collector | Contingent | $ 423.00 | $ 423.00 |
| | P.O. Box 407 | X Uniquid | | |
| | Brewton, AL 36427 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Tommy L. Oswalt, Rev Commis Colbert Count | Contingent | $ 2,712.93 | $ 2,712.93 |
| | POBox 741010 | X Uniquid | | |
| | Tuscumbia, AL 35674 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Tuscaloosa County License Commission | Contingent | $ 649.46 | $ 649.46 |
| | ATTN. Business LicensePO BOX 020737 | X Uniquid | | |
| | Tuscaloosa, AL 35402 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2022 - 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Tyler Wilks- Dekalb County Revenue Commissioner | Contingent | $ 16,777.71 | $ 16,777.71 |
| | 206 Grand Aeve. SW | X Uniquid | | |
| | Fort payne, AL 35967 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Walton Co. Tax Commissioner | Contingent | $ 2,910.25 | $ 2,910.25 |
| | 303 S Hammond Dr Suite 100 | X Uniquid | | |
| | Monroe, GA 30655 | Disputed | | |
| | **Date or dates debt was incurred:** 8/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim | Priority amount |
|------|---|---|---|---|
| | Ware Co. Tax Commissioner | Contingent | $ 11,186.86 | $ 11,186.86 |
| | PO Box 1825 | X Uniquid | | |
| | Waycross, GA 31502-1825 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Taxes | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | X No | | |
| | | Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | | |

| Part 2 | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | 108 Charlton Street Realty | Contingent | $ 11,808.33 |
| | 48 31 Van Dam Street | X Uniquid | |
| | Long Island City, NY 11101 | Disputed | |
| | Date or dates debt was incurred:  10/2023 | Basis for the claim:  Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | 375 W. Arenas Avi-Ross, LLC | Contingent | $ 7,615.36 |
| | 222 Karen Ave  702 | X Uniquid | |
| | Las Vegas, NV 89109 | Disputed | |
| | Date or dates debt was incurred:  10/2023 | Basis for the claim:  Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | A Plus Maintenance & Remodeling | Contingent | $ 18,450.00 |
| | 1446 Fairview Rd | X Uniquid | |
| | Stockbridge, GA 30281 | Disputed | |
| | Date or dates debt was incurred:  10/2023 - 9/2023 | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | A.R.T. Investments, LLC | Contingent | $ 9,921.92 |
| | 9705 Collins AvenueSuite 1602N | X Uniquid | |
| | Ball Harbor, FL 33154 | Disputed | |
| | Date or dates debt was incurred:  10/2023 | Basis for the claim:  Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Advanced Security & Communications | Contingent | $ 143.10 |
| | PO Box 458 | X Uniquid | |
| | New Smyrna Beach, FL 32170-0458 | Disputed | |
| | Date or dates debt was incurred:  10/2023 | Basis for the claim:  Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Affordable Backflow Testing | Contingent | $ 232.50 |
| | 1820 1st Ave South Suite M | X Uniquid | |
| | Irondale, AL 35210 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Affordable Lawn Maintenance | Contingent | $ 4,257.00 |
| | c/o Kermane Bates | X Uniquid | |
| | 6373 Willow Glenn Court | | |
| | Montgomery, AL 36117 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Air-Jireh, LLC | Contingent | $ 570.00 |
| | PO BOX 554 | X Uniquid | |
| | Richmond Hill, GA 31324 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Alabama Lawn Masters | Contingent | $ 25,600.59 |
| | PO Box 1648 | X Uniquid | |
| | Huntsville, AL 35807 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | ALABAMA POWER | Contingent | $ 17,913.90 |
| | PO BOX 242 | X Uniquid | |
| | BIRMINGHAM, AL 35292 | Disputed | |
| | **Date or dates debt was incurred:** 1/2023 - 10/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | Alex Salgueiro | X Contingent | $ 222,286.00 |
| | 10 Mall Court, Suite A | X Uniquid | |
| | Savannah, GA 31411 | X Disputed | |
| | Date or dates debt was incurred:　0 | Basis for the claim:　Litigation Claim | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | All-Saf Fire Protection Inc. | Contingent | $ 4,318.88 |
| | 3005 Knight  Ave | X Uniquid | |
| | Waycross, GA 31503 | Disputed | |
| | Date or dates debt was incurred:　10/2023 - 9/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | American Arbitration Association | Contingent | $ 21,750.00 |
| | 13727 Noel Road Suite 1025 | X Uniquid | |
| | Dallas, TX 75240 | Disputed | |
| | Date or dates debt was incurred:　8/2023 - 9/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | American Drilling of Alabama, Inc. | Contingent | $ 506.00 |
| | PO Box 907 | X Uniquid | |
| | Alabaster, AL 35007 | Disputed | |
| | Date or dates debt was incurred:　10/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | American Welding & Gas, INC. | Contingent | $ 110.85 |
| | PO BOX 779009 | X Uniquid | |
| | Chicago, IL 60677 | Disputed | |
| | Date or dates debt was incurred:　9/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: _check all that apply_ | Total Claim |
|---|---|---|---|
| | Andrew Walsh at Wilson Elser Moskowitz Edelman | X Contingent | Undeterminable |
| | 1500 Urban Center Drive Suite 450 | X Uniquid | |
| | Birmingham, AL 35242 | X Disputed | |
| | Date or dates debt was incurred:　. | Basis for the claim:　Litigation Claim | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| | 3.17 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | Andy Campbell and Todd Campbell  Campbell Partners LLC | | X Contingent | Undeterminable |
| | | 505 20th Street North Suite 1600 | | X Uniquid | |
| | | Birmingham, Al 35203 | | X Disputed | |
| | | Date or dates debt was incurred:            . | | Basis for the claim:    Litigation Claim | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

| | 3.18 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | Anthony Bush  The Bush Law Firm  LLC | | X Contingent | Undeterminable |
| | | 3198 Parliament Circle 302 | | X Uniquid | |
| | | Montgomery, AL 36116 | | X Disputed | |
| | | Date or dates debt was incurred:            . | | Basis for the claim:    Litigation Claim | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

| | 3.19 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | Arab Water Works | | Contingent | $          560.03 |
| | | 526 Cullman Road | | X Uniquid | |
| | | Arab, AL 35016 | | Disputed | |
| | | Date or dates debt was incurred:            10/2023 | | Basis for the claim:    Utilities | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

| | 3.20 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | ARC CAFEUSA001, LLC | | Contingent | $      157,518.82 |
| | | PO BOX 29650 | | X Uniquid | |
| | | Phoenix, AZ 85038-9650 | | Disputed | |
| | | Date or dates debt was incurred:            9/2023 - 10/2023 | | Basis for the claim:    Trade Debt | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

| | 3.21 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | Ardmore City Recorder | | Contingent | $          382.00 |
| | | PO Box 55 | | X Uniquid | |
| | | Ardmore, TN 38449 | | Disputed | |
| | | Date or dates debt was incurred:            10/2023 | | Basis for the claim:    Trade Debt | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

| | 3.22 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|---|
| | | AT&T (UVERSE) | | Contingent | $        1,219.90 |
| | | PO BOX 105251 | | X Uniquid | |
| | | ATLANTA, GA 30348-5251 | | Disputed | |
| | | Date or dates debt was incurred:            10/2023 | | Basis for the claim:    Utilities | |
| | | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | | Yes | |

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document        Page 42 of 120

| 3.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

AT&T (UVERSE)
PO BOX 105251
ATLANTA, GA 30348-5251

　　　Contingent　　　　　$ 724.09
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 8/2023 - 10/2023　　**Basis for the claim:** Utilities

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| 3.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

AT&T ATL
PO Box 105262
Atlanta, GA 30348

　　　Contingent　　　　　$ 4,667.00
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 10/2023　　**Basis for the claim:** Utilities

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| 3.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

AT&T ATL
PO Box 105262
Atlanta, GA 30348

　　　Contingent　　　　　$ 7,152.60
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 10/2023　　**Basis for the claim:** Utilities

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| 3.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

AT&T IL
PO BOX 105251
ATLANTA, GA 30348-5251

　　　Contingent　　　　　$ 1,353.50
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023　　**Basis for the claim:** Utilities

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| 3.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Atlanta Breakroom
PO Box 3123
Lilburn, GA 30048

　　　Contingent　　　　　$ 261.86
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 10/2023　　**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| 3.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Axis Construction, LLC
125 Laser Court
Hauppauge, NY 11788

　　　Contingent　　　　　$ 415,000.00
X　Uniquid
　　　Disputed

**Date or dates debt was incurred:** 1/2022 - 12/2021　　**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**　　**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
X　No
　　Yes

| **3.29** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|---|

Baker Distributing Company
PO BOX 409635
Atlanta, GA 30384-9635

        Contingent        $    554.84
X Uniquid
        Disputed

**Date or dates debt was incurred:**   10/2023      **Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
        X No
        Yes

| **3.30** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|---|

Barry Bass
c/o Ramona Palanca
3000 Breakinridge Blvd
Duluth, GA 30096

        Contingent        $    100.00
X Uniquid
        Disputed

**Date or dates debt was incurred:**   1/2023      **Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)
        X No
        Yes

| **3.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

BB&T-Vantage
PO Box 580340
Charlotte, NC 28258-0340

|  |  |
|---|---|
| | Contingent |
| X | Uniquid |
| | Disputed |

$ 98,794.42

**Date or dates debt was incurred:**    1/2022

**Basis for the claim:**   Credit Card

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

BeSeen Outdoor, Inc.
PO Box 2227
Brunswick, GA 31521

| | Contingent |
| X | Uniquid |
| | Disputed |

$ 1,100.00

**Date or dates debt was incurred:**    7/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Best Beverage Service
7560 Owl Creek Dr
Douglasville, GA 30134

| | Contingent |
| X | Uniquid |
| | Disputed |

$ 10,606.28

**Date or dates debt was incurred:**    5/2023 - 10/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

BK Collinsville, LLC
4615 University Drive
Coral Gables, FL 33146

| | Contingent |
| X | Uniquid |
| | Disputed |

$ 10,350.00

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**   Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Black Beards Mechanical Services
2483 Bean Creek Rd
Sautee Nacoochee, GA 30571

| | Contingent |
| X | Uniquid |
| | Disputed |

$ 1,272.37

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Blair & Sons Locksmith
303-A Jordan Lane
Huntsville, AL 35805

| | Contingent |
| X | Uniquid |
| | Disputed |

$ 156.80

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.37 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

BLUE CROSS BLUE SHIELD
PAYMENT PROCESSING
~~P.O. BOX 360037~~
BIRMINGHAM, AL 35236-0037

Contingent      $ 34,117.44
X Uniquid
Disputed

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**    Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.38 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

BnB Sign and Lighting, Inc
POBox 1828
Huntsville, AL 35807

Contingent      $ 3,215.00
X Uniquid
Disputed

**Date or dates debt was incurred:**    6/2023 - 9/2023

**Basis for the claim:**    Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.39 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

Boaz Water & Sewer Board
PO Box 498
Boaz, AL 35957

Contingent      $ 360.90
X Uniquid
Disputed

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.40 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

BQK 5015 LLC
C O Provident Mgmt Corp
~~1430 Broadway Suite 903~~
New York, NY 10018

Contingent      $ 5,000.00
X Uniquid
Disputed

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**    Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.41 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

BRENDLE FIRE & SAFETY
433 N DECATUR STPO BOX 1868
MONTGOMERY, AL 36102

Contingent      $ 1,185.00
X Uniquid
Disputed

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**    Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.42 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|

Bresco
2428 Sixth Ave S
Birmingham, AL 35233

Contingent      $ 52.91
X Uniquid
Disputed

**Date or dates debt was incurred:**    10/2023

**Basis for the claim:**    Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.43 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Brightspeed (century link) | | Contingent | $ 430.16 |
| | PO BOX 6102 | | X Uniquid | |
| | Carol Stream, IL 60197-6102 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.44 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Brinks Incorporated | | Contingent | $ 92,831.28 |
| | PO Box 101031 | | X Uniquid | |
| | Atlanta, GA 30392 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 8/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.45 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | BRINK'S, INC. | | Contingent | $ 881.62 |
| | P.O. BOX 101031 | | X Uniquid | |
| | ATLANTA, GA 30392-1031 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.46 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | BRINK'S, INC. | | Contingent | $ 18,410.75 |
| | PO BOX 101031 | | X Uniquid | |
| | ATLANTA, GA 30392-1031 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.47 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Brunswick-Glynn County | | Contingent | $ 774.22 |
| | PO Box 628396 | | X Uniquid | |
| | Orlando, FL 32862-8396 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.48 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | BURGER KING CORPORATION | | Contingent | $ 3,051,666.68 |
| | 5505 Blue Lagoon Dr 7th Floor | | X Uniquid | |
| | Miami, FL 33126 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 8/2023 | | **Basis for the claim:** Franchise Agreement | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| **3.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

BURGER KING CORPORATION
5505 Blue Lagoon Dr 7th Floor
Miami, FL 33126

Contingent          $   1,363,284.35
X Uniquid
Disputed

**Date or dates debt was incurred:**        5/2023 - 10/2023

**Basis for the claim:**   Franchise Agreement

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

BURGER KING CORPORATION
5505 Blue Lagoon Dr 7th Floor
Miami, FL 33126

Contingent          $   1,031,501.70
X Uniquid
Disputed

**Date or dates debt was incurred:**        8/2023 - 10/2023

**Basis for the claim:**   Franchise Agreement

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.51** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Calloway Title & Escrow LLC
4170 Ashford Dunwoody Road, Suite 525
Atlanta, GA 30319

Contingent          $      3,348.00
X Uniquid
Disputed

**Date or dates debt was incurred:**        6/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.52** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Canon
14904 Collection Center Dr
Chicago, IL 60693

Contingent          $        355.24
X Uniquid
Disputed

**Date or dates debt was incurred:**        9/2023 - 10/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.53** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

CC Image Group Inc.
PO Box 965805
Marietta, GA 30066-6524

Contingent          $      6,259.88
X Uniquid
Disputed

**Date or dates debt was incurred:**        5/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.54** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Certified Automatic Fire Sprinklers, INC
POBox 3093
Decatur, AL 35602

Contingent          $      2,475.00
X Uniquid
Disputed

**Date or dates debt was incurred:**        10/2023

**Basis for the claim:**   Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

CHARTER BUSINESS
P.O BOX 94188
PALATINE, IL 60094-4188

Contingent $ 863.83
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Charter Communications
PO BOX 94188
Palatine, IL 60094-4188

Contingent $ 1,233.31
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Charter Communications
PO BOX 94188
Palatine, IL 60094-4188

Contingent $ 939.09
X Uniquid
Disputed

**Date or dates debt was incurred:** 3/2023 - 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Chatham County Board of Commissioners
N2930 State RD 22
Wautoma, WI 54982-5267

Contingent $ 479.36
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Chetan and Manisha Holdings LLC
PO Box 113
Colonia, NJ 07067

Contingent $ 11,316.67
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Atlanta Dept of Watershed Mgmt
PO Box 105275
Atlanta, GA 30348

Contingent $ 1,590.59
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| **3.61** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City of Baxley
PO Box 290
Baxley, GA 31515

Contingent                $    570.97
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.62** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City of Blackshear
PO Box 268
Blackshear, GA 31516

Contingent                $    201.93
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.63** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City of Covington
PO Box 1527
Convington, GA 30015

Contingent                $    3,513.71
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.64** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City of Cullman - Water, Sewer & Sntn
PO Box 1738
Cullman, AL 35056

Contingent                $    3,554.48
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.65** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City Of Dallas
200 Main St
Dallas, GA 30132

Contingent                $    821.79
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.66** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

City of Darien
PO Box 452
Darien, GA 31305

Contingent                $    582.85
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:**    Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Elba Water & Electric | Contingent | $ | 7,158.54 |
| | 200 Buford St | X Uniquid | | |
| | | Disputed | | |
| | Elba, AL 36323 | | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Fernandina Beach Utility Billing | Contingent | $ | 599.19 |
| | PO Box 16115 | X Uniquid | | |
| | Fernandina Beach, FL 32035-3119 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Forest Park - Business License Renewal | Contingent | $ | 780.00 |
| | 745 Forest Parkway | X Uniquid | | |
| | Forest Park, GA 30297 | Disputed | | |
| | **Date or dates debt was incurred:** 7/2023 | **Basis for the claim:** Trade Debt | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Garden City | Contingent | $ | 336.46 |
| | Attn: Water Department | X Uniquid | | |
| | Garden City, GA 31405 | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Headland Water Department | Contingent | $ | 302.31 |
| | 25 Grove | X Uniquid | | |
| | Headland, AL 36345 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | | Total Claim |
|---|---|---|---|---|
| | City of Hinesville | Contingent | $ | 744.89 |
| | 115 East M L King, Jr Drive | X Uniquid | | |
| | Hinesville, GA 31313 | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 - 3/2023 | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured** | X No | | |
| | **claim:** 11 U.S.C. § 507(a) (_) | Yes | | |

| 3.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Jackson
PO Box 838134 S Oak St
Jackson, GA 30233

Contingent — $ 98.64
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Jacksonville
Fire Prevention Division
221 East Forsyth Street, Room 141
Jacksonville, FL 32202

Contingent — $ 34.12
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Jemison
PO Box 609
Jemison, AL 35085-0609

Contingent — $ 1,779.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 3/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Lawrenceburg
25 Public Square
Lawrenceburg, TN 38464

Contingent — $ 869.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Lilburn
340 Main Street
Lilburn, GA 30047

Contingent — $ 204.93
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023 - 12/2022

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

City of Loretto Utilities
PO Box 176
Loretto, TN 38469

Contingent — $ 618.05
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

---

| 3.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City of Madison, Utility Department
POBox 32

Madison, GA 30650

| | | Contingent | $ 1,246.18 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City Of Pooler

100 US Hwy 80 SW

Pooler, GA 31322-2530

| | | Contingent | $ 279.69 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City of Porterdale

2800 Main Str
PO Box 667
Porterdale, GA 30070

| | | Contingent | $ 99.58 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City of Savannah

Revenue Dept
PO Box 1228
Savannah, GA 31402-1228

| | | Contingent | $ 5,489.84 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City of Snellville

2342 Oak Rd   2nd floor

Snellville, GA 30078

| | | Contingent | $ 4,012.84 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|---|---|---|

City of Snellville - Public Works Dept

2491 Marigold Road

Snellville, GA 30078

| | | Contingent | $ 508.64 |
| | | X Uniquid | |
| | | Disputed | |

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

X No

Yes

---

| 3.85 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|------|--------|--------|--------|

City of Springfield
PO Box 1130 S  Laurel St

Springfield, GA 31329

|  | Contingent | $ | 36.94 |
| X | Uniquid | | |

**Date or dates debt was incurred:**        10/2023          **Basis for the claim:**     Utilities

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

---

| 3.86 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |

City of Temple
PO Box 160
Temple, GA 30179

|  | Contingent | $ | 1,205.77 |
| X | Uniquid | | |
|  | Disputed | | |

**Date or dates debt was incurred:**        9/2023          **Basis for the claim:**     Utilities

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

---

| 3.87 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |

City of Troy Utilities
P.O. Box 549
Troy, AL 36081

|  | Contingent | $ | 3,719.40 |
| X | Uniquid | | |
|  | Disputed | | |

**Date or dates debt was incurred:**        10/2023          **Basis for the claim:**     Utilities

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

---

| 3.88 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |

City of Waycross
PO Drawer 99
117 Pendleton Street
Waycross, GA 31502-0099

|  | Contingent | $ | 570.83 |
| X | Uniquid | | |
|  | Disputed | | |

**Date or dates debt was incurred:**        10/2023          **Basis for the claim:**     Utilities

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

---

| 3.89 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |

Cliff's Fire Extinguisher Co., Inc.
311 Bell Park Drive
Woodstock, GA 30188

|  | Contingent | $ | 6,912.93 |
| X | Uniquid | | |
|  | Disputed | | |

**Date or dates debt was incurred:**        10/2023 - 2/2023          **Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

---

| 3.90 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | Total Claim |

Coca-Cola North America
PO Box 102703
Atlanta, GA 30368

|  | Contingent | $ | 2,118.12 |
| X | Uniquid | | |
|  | Disputed | | |

**Date or dates debt was incurred:**        10/2023 - 6/2023          **Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured**        X No
**claim:** 11 U.S.C. § 507(a) ()        Yes

| 3.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Coca-Cola North America | Contingent | $ 179.18 |
| | PO BOX 102703 | X Uniquid | |
| | Atlanta, GA 30368-2703 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | College Street Station, LLC | Contingent | $ 8,991.71 |
| | 7370 Hodgson Memorial Drive Suite D10 | X Uniquid | |
| | Savannah, GA 31406 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Lease | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Collinsville Water & Sewer Board | Contingent | $ 913.08 |
| | PO Box 377 | X Uniquid | |
| | Collinsville, AL 35961 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | COLONIAL LIFE | Contingent | $ 12,276.88 |
| | PREMIUM PROCESSING | X Uniquid | |
| | PO BOX 903 COLUMBIA, SC 29202-0903 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | COMCAST | Contingent | $ 688.49 |
| | 1 comcast Center 10th Floor Philadelphia, PA 19103 | X Uniquid | |
| | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Comcast | Contingent | $ 663.55 |
| | PO Box 71211 | X Uniquid | |
| | Charlotte, NC 28272-1211 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| **3.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

**Priority creditor's name and mailing address**

Commercial Electronics

3421 Hollenberg Dr

Bridgeton, MO 63044

**Date or dates debt was incurred:** 7/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent                              $        623.61

X  Uniquid

Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**

X  No

Yes

---

| **3.98** |
|---|

**Priority creditor's name and mailing address**

Consani Family Trust

305 County Club Heights

Carmel Valley, CA 93924

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim *check all that apply*

Contingent                              $      6,000.00

X  Uniquid

Disputed

**Basis for the claim:** Lease

**Is the claim subject to offset?**

X  No

Yes

---

| **3.99** |
|---|

**Priority creditor's name and mailing address**

CST Corporation

1225 Carnegie Street

Rolling Meadows, IL 60008

**Date or dates debt was incurred:** 9/2023 - 7/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim *check all that apply*

Contingent                              $      8,847.99

X  Uniquid

Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**

X  No

Yes

---

| **3.100** |
|---|

**Priority creditor's name and mailing address**

CST Corporation

1225Carnegie Street
Suite 106
Rolling Meadows, IL 60008

**Date or dates debt was incurred:** 8/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim *check all that apply*

Contingent                              $      1,561.35

X  Uniquid

Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**

X  No

Yes

---

| **3.101** |
|---|

**Priority creditor's name and mailing address**

Cullman-Jefferson County Gas

POBox 399

Cullman, AL 35056

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent

X  Uniquid

Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**

X  No

Yes

---

| **3.102** |
|---|

**Priority creditor's name and mailing address**

CW Blount

7231 Madison Circle

Union City, GA 30291

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim *check all that apply*

Contingent                              $      6,247.79

X  Uniquid

Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**

X  No

Yes

---

| 3.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Darling Ingredients, Inc-DARPRO | Contingent | $ 1,010.00 |
| | PO Box 554885 | X Uniquid | |
| | Detroit, MI 48255-4885 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Darling International INC | Contingent | $ 620.00 |
| | PO Box 554885 | X Uniquid | |
| | Detroit, MI 48255 | Disputed | |
| | **Date or dates debt was incurred:** 5/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Datasite LLC | Contingent | $ 538.20 |
| | P. O. Box 74007252 | X Uniquid | |
| | Chicago, IL 60674-7252 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | David Holt  Loftin Holt  LLP | X Contingent | Undeterminable |
| | 200 Clinton Avenue West Suite 405 | X Uniquid | |
| | Huntsville, AL 35801 | X Disputed | |
| | **Date or dates debt was incurred:** . | **Basis for the claim:** Litigation Claim | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Dedge's Lock & Key Shop,  Inc. | Contingent | $ 690.58 |
| | 4579 Lenox Avenue | X Uniquid | |
| | Jacksonville, FL 32205 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Dekalb County (Trash) Treasury & Acct | Contingent | $ 4,520.00 |
| | 3720 Leroy Scott Dr | X Uniquid | |
| | Decatur, GA 30032 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| **3.109** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

DeKalb County Watershed Management
PO Box 71224
Charlotte, NC 28272-1224

Contingent                  $          3,505.86
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023       **Basis for the claim:** Utilities

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| **3.110** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

Diamond Restaurant Service Inc.
849 Edmondson Rd
Monroe, GA 30656

Contingent                  $          4,531.53
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023       **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| **3.111** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

DMI Manufacturing , Inc.
7177 Industrial Park Blvd
Mentor, OH 44060

Contingent                  $          3,038.06
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023       **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| **3.112** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

Dominion Energy
PO Box 100255
Columbia, SC 29202-3255

Contingent                  $          8,520.67
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023       **Basis for the claim:** Utilities

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| **3.113** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

DoorDash, Inc.
PO Box 735240
Dallas, TX 75373

Contingent                  $          14,549.97
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023       **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| **3.114** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *check all that apply* | **Total Claim** |
|---|---|---|---|

DoorDash, Inc.
PO Box 735240
Dallas, TX 75373

Contingent                  $          4,596.07
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023       **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**                        **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document      Page 58 of 120

**3.115**   **Priority creditor's name and mailing address**

Downtown Jimmie Hale Mission, Inc.

PO Box 968

Birmingham, AL 35201-0968

**Date or dates debt was incurred:**          10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: **Total Claim**
*check all that apply*

    Contingent                   $        3,321.59

X  Uniquid

    Disputed

**Basis for the claim:**     Lease

**Is the claim subject to offset?**

X  No

    Yes

---

**3.116**   **Priority creditor's name and mailing address**

Dutchtown Villas Apartments,,LLC

7370 Hodgson Memorial Drive Suite D10

Savannah, GA 31406

**Date or dates debt was incurred:**          10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

    Contingent                   $        8,687.02

X  Uniquid

    Disputed

**Basis for the claim:**     Lease

**Is the claim subject to offset?**

X  No

    Yes

---

**3.117**   **Priority creditor's name and mailing address**

E  Bryan Nichols

2227 First Avenue South

Birmingham, AL 35233

**Date or dates debt was incurred:**                .

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

X  Contingent                   Undeterminable

X  Uniquid

X  Disputed

**Basis for the claim:**     Litigation Claim

**Is the claim subject to offset?**

X  No

    Yes

---

**3.118**   **Priority creditor's name and mailing address**

E.S.S., Inc.

203 McMillin St

Nashville, TN 37203

**Date or dates debt was incurred:**                .

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

X  Contingent                   $       59,109.73

X  Uniquid

X  Disputed

**Basis for the claim:**     Litigation Claim

**Is the claim subject to offset?**

X  No

    Yes

---

**3.119**   **Priority creditor's name and mailing address**

E.S.S., Inc.

203 McMillin St

Nashville, TN 37203

**Date or dates debt was incurred:**                .

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: **Total Claim**
*check all that apply*

X  Contingent                   $       26,688.92

X  Uniquid

X  Disputed

**Basis for the claim:**     Litigation Claim

**Is the claim subject to offset?**

X  No

    Yes

---

**3.120**   **Priority creditor's name and mailing address**

E.S.S., Inc.

203 McMillin St

Nashville, TN 37203

**Date or dates debt was incurred:**                .

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

X  Contingent                   $       11,041.10

X  Uniquid

X  Disputed

**Basis for the claim:**     Litigation Claim

**Is the claim subject to offset?**

X  No

    Yes

**3.121** | Priority creditor's name and mailing address

ECOLAB - KAY CHEMICAL COMPANY
PO Box 32027
New York, NY 10087

| | |
|---|---|
| **Date or dates debt was incurred:** | 7/2023 - 10/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 16,517.70

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.122** | Priority creditor's name and mailing address

Ecolab Ecosure
26397 Network place
Chicago, IL 60673-1263

| | |
|---|---|
| **Date or dates debt was incurred:** | 8/2023 - 7/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 5,544.00

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.123** | Priority creditor's name and mailing address

ECOLAB FOOD SAFETY
PO Box 32027
New York, NY 10087

| | |
|---|---|
| **Date or dates debt was incurred:** | 10/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 519.99

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.124** | Priority creditor's name and mailing address

Ecolab- KAY Chemical
PO Box 32027
New York, NY 10087

| | |
|---|---|
| **Date or dates debt was incurred:** | 10/2023 - 6/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 16,891.32

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.125** | Priority creditor's name and mailing address

ECOLAB Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

| | |
|---|---|
| **Date or dates debt was incurred:** | 10/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 11,873.32

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.126** | Priority creditor's name and mailing address

Ecolab Pest Elimination Division
26252 Network Place
Chicago, IL 60673

| | |
|---|---|
| **Date or dates debt was incurred:** | 10/2023 |
| **Last 4 digits of account number:** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | |

As of the petition filing date, the claim is: *check all that apply*
Contingent
X Uniquid
Disputed

**Total Claim**
$ 12,760.00

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

| 3.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

**3.127**

Priority creditor's name and mailing address

EcoLab, Inc
PO Box 32027
New York, NY 10087

As of the petition filing date, the claim is: *check all that apply*

Contingent     $     7,898.83
X Uniquid
Disputed

**Date or dates debt was incurred:**     8/2023 - 10/2023

**Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.128**

Priority creditor's name and mailing address

ENTERA LLC
5900 Venture Crossings Blvd
Panama City, FL 32409

As of the petition filing date, the claim is: *check all that apply*     Total Claim

Contingent     $     4,637.67
X Uniquid
Disputed

**Date or dates debt was incurred:**     9/2023

**Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.129**

Priority creditor's name and mailing address

Eugene Broome Jr.
PO Box 441
Richmond Hill, GA 31324

As of the petition filing date, the claim is: *check all that apply*     Total Claim

Contingent     $     2,800.00
X Uniquid
Disputed

**Date or dates debt was incurred:**     10/2023

**Basis for the claim:**     Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.130**

Priority creditor's name and mailing address

Fall Line Gaskets Inc.
PO BOX 26965
Macon, GA 31221

As of the petition filing date, the claim is: *check all that apply*     Total Claim

Contingent     $     197.40
X Uniquid
Disputed

**Date or dates debt was incurred:**     10/2023

**Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.131**

Priority creditor's name and mailing address

Fall Line Gaskets Inc.
26965 PO BOX
Macon, GA 31221

As of the petition filing date, the claim is: *check all that apply*     Total Claim

Contingent     $     224.90
X Uniquid
Disputed

**Date or dates debt was incurred:**     10/2023

**Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.132**

Priority creditor's name and mailing address

Farmers Telecom. Cooperative
PO Box 217
Rainsville, AL 35986

As of the petition filing date, the claim is: *check all that apply*     Total Claim

Contingent     $     144.22
X Uniquid
Disputed

**Date or dates debt was incurred:**     10/2023

**Basis for the claim:**     Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

**3.133** | Priority creditor's name and mailing address

Fayetteville Public Utilities
PO Box 120
Fayetteville, TN 37334-0120

**Date or dates debt was incurred:** 10/2023
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

  Contingent   $   512.77
X Uniquid
  Disputed
**Basis for the claim:**   Utilities
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

**3.134** | Priority creditor's name and mailing address

Ferguson Enterprises, Inc.
PO Box 100286
Atlanta, GA 30384-0286

**Date or dates debt was incurred:** 10/2023
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

  Contingent   $   401.03
X Uniquid
  Disputed
**Basis for the claim:**   Trade Debt
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

**3.135** | Priority creditor's name and mailing address

First Horizon Bank
165 Madison Avenue
Memphis, TN 38103

**Date or dates debt was incurred:** .
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

X Contingent   Undeterminable
X Uniquid
X Disputed
**Basis for the claim:**   Guaranteed Obligation
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

**3.136** | Priority creditor's name and mailing address

Floors Taylor Made
PO Box 1411
Killen, AL 35645

**Date or dates debt was incurred:** 10/2023
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

  Contingent   $   6,363.50
X Uniquid
  Disputed
**Basis for the claim:**   Trade Debt
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

**3.137** | Priority creditor's name and mailing address

Florida Logos Inc
3764 New Tampa Hwy
Lakeland, FL 33815

**Date or dates debt was incurred:** 10/2023
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

  Contingent   $   13,660.00
X Uniquid
  Disputed
**Basis for the claim:**   Trade Debt
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

**3.138** | Priority creditor's name and mailing address

Florida Natural Gas
PO box 934726
Atlanta, GA 31193-4726

**Date or dates debt was incurred:** 10/2023
**Last 4 digits of account number:**
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

  Contingent   $   206.23
X Uniquid
  Disputed
**Basis for the claim:**   Utilities
**Is the claim subject to offset?**
X No
  Yes

**Total Claim**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    40

Case 23-02871-TOM11   Doc 257   Filed 11/28/23   Entered 11/28/23 20:58:50   Desc
Main Document    Page 62 of 120

| 3.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Florida Power & Light | Contingent | $ 2,064.22 |
| | 700 Universe Blvd | X Uniquid | |
| | Juno Beach, FL 33408 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Flowers Bakery Sales of Georgia, LLC | Contingent | $ 35,030.51 |
| | PO Box 100817 | X Uniquid | |
| | Atlanta, GA 30384 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Flowers Baking Company | Contingent | $ 20,526.44 |
| | PO Box 100817 | X Uniquid | |
| | Atlanta, GA 30384 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | FLOWERS FOODS | Contingent | $ 19,878.29 |
| | P.O BOX 101030 | X Uniquid | |
| | ATLANTA, GA 30392 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Fort Payne Improvement Authority | Contingent | $ 7,254.85 |
| | PO Box 680617 | X Uniquid | |
| | Fort Payne, AL 35968-1607 | Disputed | |
| | Date or dates debt was incurred: 2/2023 - 10/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Fort Payne Waterworks | Contingent | $ 1,552.64 |
| | 153 20th Street | X Uniquid | |
| | Fort Payne, AL 35967-3523 | Disputed | |
| | Date or dates debt was incurred: 1/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document        Page 63 of 120

### 3.145 Priority creditor's name and mailing address

Franke foodservice Systems Americas,  Inc

8007 Innovation Way

Chicago, IL 60682-0080

**Date or dates debt was incurred:**      5/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*        **Total Claim**

Contingent                    $        89,469.30

X Uniquid

Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No

Yes

### 3.146 Priority creditor's name and mailing address

Franke foodservice Systems Americas,  Inc

8007 Innovation Way

Chicago, IL 60682-0080

**Date or dates debt was incurred:**      10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  **Total Claim**
*check all that apply*

Contingent                    $        37,594.31

X Uniquid

Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No

Yes

### 3.147 Priority creditor's name and mailing address

Franke foodservice Systems Americas,  Inc

8007 Innovation Way

Chicago, IL 60682-0080

**Date or dates debt was incurred:**      10/2023 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  **Total Claim**
*check all that apply*

Contingent                    $        776.66

X Uniquid

Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No

Yes

### 3.148 Priority creditor's name and mailing address

FRANKLIN MACHINE PRODUCTS, INC

PO Box 74007311

Chicago, IL 60674-7311

**Date or dates debt was incurred:**      10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  **Total Claim**
*check all that apply*

Contingent                    $        171.90

X Uniquid

Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No

Yes

### 3.149 Priority creditor's name and mailing address

Franklin Machine Products, Inc.

PO Box 74007311

Chicago, IL 60674-7311

**Date or dates debt was incurred:**      9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*        **Total Claim**

Contingent                    $        58.91

X Uniquid

Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No

Yes

### 3.150 Priority creditor's name and mailing address

Frontier Communications

PO Box 740407

Cincinnati, OH 45274

**Date or dates debt was incurred:**      10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:**  **Total Claim**
*check all that apply*

Contingent                    $        258.30

X Uniquid

Disputed

**Basis for the claim:**      Utilities

**Is the claim subject to offset?**

X No

Yes

| 3.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

**3.151**

Priority creditor's name and mailing address

Fultondale Gas
PO Box 609
Fultondale, AL 35068-0609

Date or dates debt was incurred:          10/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*       **Total Claim**

Contingent                    $            541.24
X Uniquid
Disputed

Basis for the claim:      Trade Debt

Is the claim subject to offset?

X No
Yes

---

**3.152**

Priority creditor's name and mailing address

GAJ Realty Group Inc.
8 Rosewood Drive
North Massapequa, NY 11758

Date or dates debt was incurred:          10/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

Contingent                    $         10,000.00
X Uniquid
Disputed

Basis for the claim:      Lease

Is the claim subject to offset?

X No
Yes

---

**3.153**

Priority creditor's name and mailing address

GASKETEERS, Inc
PO Box 98035
Atlanta, GA 30359

Date or dates debt was incurred:      7/2023 - 5/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*       **Total Claim**

Contingent                    $          3,207.20
X Uniquid
Disputed

Basis for the claim:      Trade Debt

Is the claim subject to offset?

X No
Yes

---

**3.154**

Priority creditor's name and mailing address

Genea Property LLC
3344 Peachtree Road NE Unit 3205
Atlanta, GA 30326-4805

Date or dates debt was incurred:          10/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

Contingent                    $          9,442.28
X Uniquid
Disputed

Basis for the claim:      Lease

Is the claim subject to offset?

X No
Yes

---

**3.155**

Priority creditor's name and mailing address

Georgia Natural Gas
PO Box 71245
Charlotte, NC 28272-1245

Date or dates debt was incurred:          10/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*       **Total Claim**

Contingent                    $          2,434.69
X Uniquid
Disputed

Basis for the claim:      Utilities

Is the claim subject to offset?

X No
Yes

---

**3.156**

Priority creditor's name and mailing address

GEORGIA POWER
PO Box 105090
Atlanta, GA 30348

Date or dates debt was incurred:          10/2023

Last 4 digits of account number:

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:  **Total Claim**
*check all that apply*

Contingent                    $         30,474.93
X Uniquid
Disputed

Basis for the claim:      Utilities

Is the claim subject to offset?

X No
Yes

---

**3.157** | **Priority creditor's name and mailing address**

GEWSI 2, LLC

16 Palmer Court

Drums, PA 18222

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent                                    $         8,854.17

X Uniquid

Disputed

**Basis for the claim:**       Lease

**Is the claim subject to offset?**

X No

Yes

---

**3.158** | **Priority creditor's name and mailing address**

GFL Environmental

PO Box 791519

Baltimore, MD 21279-1519

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** **Total Claim**
*check all that apply*

Contingent                                    $           865.43

X Uniquid

Disputed

**Basis for the claim:**       Utilities

**Is the claim subject to offset?**

X No

Yes

---

**3.159** | **Priority creditor's name and mailing address**

GFL Environmental

PO Box 555193

Detroit, MI 48255-5193

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent                                    $         5,478.90

X Uniquid

Disputed

**Basis for the claim:**       Utilities

**Is the claim subject to offset?**

X No

Yes

---

**3.160** | **Priority creditor's name and mailing address**

GFL Environmental

PO Box 555193

Detroit, MI 48255-5193

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent                                    $         6,372.18

X Uniquid

Disputed

**Basis for the claim:**       Utilities

**Is the claim subject to offset?**

X No

Yes

---

**3.161** | **Priority creditor's name and mailing address**

Glenda Reed

1606 Glenn Blvd SW

Fort Payne, AL 35968

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent                                    $         1,950.00

X Uniquid

Disputed

**Basis for the claim:**       Lease

**Is the claim subject to offset?**

X No

Yes

---

**3.162** | **Priority creditor's name and mailing address**

GRAINGER

DEPT. 886012179

Palatine, IL 60038-001

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** **Total Claim**
*check all that apply*

Contingent                                    $           420.53

X Uniquid

Disputed

**Basis for the claim:**       Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | | | |
|---|---|---|---|

**3.163** Priority creditor's name and mailing address

Grant Realty Corporation
1982 Ashley Hall Rd
Charleston, SC 29407

Date or dates debt was incurred: 10/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 12,541.67
X Uniquid
Disputed
Basis for the claim: Lease
Is the claim subject to offset?
X No
Yes

**3.164** Priority creditor's name and mailing address

Green Acre Landscaping
PO Box 491567
Lawrenceville, GA 30049

Date or dates debt was incurred: 10/2023 - 9/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 18,650.00
X Uniquid
Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
X No
Yes

**3.165** Priority creditor's name and mailing address

Green Giant Lighting,LLC
4828 Pleasant Grove Rd
Lexington, KY 40515

Date or dates debt was incurred: 7/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 1,683.24
X Uniquid
Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
X No
Yes

**3.166** Priority creditor's name and mailing address

GUARDIAN
P.O. BOX 677458
DALLAS, TX 75267-7458

Date or dates debt was incurred: 10/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 4,400.06
X Uniquid
Disputed
Basis for the claim: Trade Debt
Is the claim subject to offset?
X No
Yes

**3.167** Priority creditor's name and mailing address

Gwinnett County Water Resources
PO Box 105023
Atlanta, GA 30348-5023

Date or dates debt was incurred: 10/2023 - 5/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 308.76
X Uniquid
Disputed
Basis for the claim: Utilities
Is the claim subject to offset?
X No
Yes

**3.168** Priority creditor's name and mailing address

Hakimian Holdings
PO Box 56678
Jacksonville, FL 32241

Date or dates debt was incurred: 10/2023
Last 4 digits of account number:
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply* — Total Claim
Contingent — $ 7,068.96
X Uniquid
Disputed
Basis for the claim: Lease
Is the claim subject to offset?
X No
Yes

| **3.169** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hargray Remittance Center
PO Box 100116
Columbia, SC 29202-3116

Contingent　　　　$ 265.72
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.170** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Harpersville Water Board
PO Drawer 340
Harpersville, AL 35078

Contingent　　　　$ 69.74
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.171** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Harry's Lock & Key
PO Box 459
Lovejoy, GA 30250

Contingent　　　　$ 3,017.07
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023 - 8/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.172** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

HealthGroup of Alabama OHG MAD
9238 Madison BLVD
Bldg 1 Suite 200
Madison, AL 35758

Contingent　　　　$ 49.50
X Uniquid
Disputed

**Date or dates debt was incurred:** 6/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.173** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hecht Family LP
co Teresa Oakland
607 Foothill Blvd, 402E
La Canada, CA 91011

Contingent　　　　$ 11,040.36
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.174** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hemphill Services, Inc.
PO Box 1234
Trussville, AL 35173

Contingent　　　　$ 43,817.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 12/2022 - 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

Case 23-02871-TOM11　　Doc 257　　Filed 11/28/23　　Entered 11/28/23 20:58:50　　Desc
Main Document　　　Page 68 of 120

| **3.175** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hendon + Huckestien Architects, PC
2126 Morris Ave
Birmingham, AL 35203

**Date or dates debt was incurred:** 12/2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   7,212.50
X Uniquid
Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

| **3.176** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hendrix Air Inc
PO BOX 545
Nahunta, GA 31553

**Date or dates debt was incurred:** 9/2022

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   631.00
X Uniquid
Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

| **3.177** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Hico Utility Company, LLC.
PO Box 156
Meridianville, AL 35759

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   489.88
X Uniquid
Disputed

**Basis for the claim:**   Utilities

**Is the claim subject to offset?**
X No
Yes

---

| **3.178** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

HLB Real Estate, Inc.
2321 Tamera Drive SW
Huntsville, AL 35803

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   7,000.00
X Uniquid
Disputed

**Basis for the claim:**   Lease

**Is the claim subject to offset?**
X No
Yes

---

| **3.179** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

HRGEMS, INC.
PO BOx 110550
Naples, FL 34108

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   4,116.00
X Uniquid
Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

| **3.180** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

HRGEMS, INC.
PO Box 110550
Naples, FL 34108

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

Contingent   $   3,087.00
X Uniquid
Disputed

**Basis for the claim:**   Trade Debt

**Is the claim subject to offset?**
X No
Yes

| 3.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| | | check all that apply |

Hudson Construction Company

1615 Sholar Avenue

Chattanooga, TN 37406

| | | Contingent |
| | | X Uniquid |
| | | Disputed |

Date or dates debt was incurred: 11/2022 - 4/2022

Basis for the claim: Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| 3.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|
| | | check all that apply | |

Hudson Construction Company

1425 Market Blvd Suite 530 318

Roswell, GA 30076

| | | Contingent | $ 24,268.62 |
| | | X Uniquid | |
| | | Disputed | |

Date or dates debt was incurred: 7/2022

Basis for the claim: Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| 3.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|
| | | check all that apply | |

Huggins Waste Services

71 Horsetrail Rd

Pembroke, GA 31321

| | | Contingent | $ 2,400.00 |
| | | X Uniquid | |
| | | Disputed | |

Date or dates debt was incurred: 9/2023

Basis for the claim: Utilities

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| 3.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|
| | | check all that apply | |

IPFS Corporation

PO Box 730223

Dallas, TX 75373-0223

| | | Contingent | $ 119,689.24 |
| | | X Uniquid | |
| | | Disputed | |

Date or dates debt was incurred: 10/2023

Basis for the claim: Finance Agreement

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| 3.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|
| | | check all that apply | |

IPFS CORPORATION

PO Box 730223

Dallas, TX 75373-0223

| | | Contingent | $ 67,530.87 |
| | | X Uniquid | |
| | | Disputed | |

Date or dates debt was incurred: 10/2023

Basis for the claim: Finance Agreement

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| 3.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|
| | | check all that apply | |

IPFS CORPORATION

PO Box 730223

Dallas, TX 75373-0223

| | | Contingent | $ 59,504.51 |
| | | X Uniquid | |
| | | Disputed | |

Date or dates debt was incurred: 10/2023

Basis for the claim: Finance Agreement

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No

Yes

---

| **3.187** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total Claim |
|---|---|---|---|

**3.187**

Priority creditor's name and mailing address

IPI Rincon
201 N Columbia Ave
Rincon, GA 31326

As of the petition filing date, the claim is: *check all that apply*

Contingent    $   18,988.24

X Uniquid

Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

---

**3.188**

Priority creditor's name and mailing address

IPSOS Realty
Attention: Tom Sideris
PO Box 610518
Bayside, NY 11361

As of the petition filing date, the claim is: Total Claim
*check all that apply*

Contingent    $   7,500.00

X Uniquid

Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

---

**3.189**

Priority creditor's name and mailing address

Isram Merrill
500 S  Dixie Hwy
Hallandale, FL 33009

As of the petition filing date, the claim is: Total Claim
*check all that apply*

Contingent    $   7,153.10

X Uniquid

Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

---

**3.190**

Priority creditor's name and mailing address

Jackson Thornton
PO Box 96200 Commerce St
Montgomery, AL 36101-0096

As of the petition filing date, the claim is: Total Claim
*check all that apply*

Contingent    $   17,350.26

X Uniquid

Disputed

**Date or dates debt was incurred:** 8/2022

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

---

**3.191**

Priority creditor's name and mailing address

JM Auto Performance
5872 New Peachtree Rd 109
Doraville, GA 30340

As of the petition filing date, the claim is: Total Claim
*check all that apply*

Contingent    $   1,900.66

X Uniquid

Disputed

**Date or dates debt was incurred:** 8/2022

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

---

**3.192**

Priority creditor's name and mailing address

Joe Wheeler EMC
Dept 1340
PO Box 3152
Birmingham, AL 35287

As of the petition filing date, the claim is: Total Claim
*check all that apply*

Contingent    $   3,132.09

X Uniquid

Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No

Yes

### 3.193 Priority creditor's name and mailing address

Johnson Controls  Fire Protection LP
Dept  CH 10320
Palatine, IL 60055-0320

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    410.20

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
X No
Yes

### 3.194 Priority creditor's name and mailing address

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250-7967

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    762.80

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
X No
Yes

### 3.195 Priority creditor's name and mailing address

Johnstone Supply
821 Progress center Court
Lawrenceville, GA 30043

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    3,192.11

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
X No
Yes

### 3.196 Priority creditor's name and mailing address

Johnstone Supply-Dothan
PO Box 1430
Dothan, AL 36302-1430

**Date or dates debt was incurred:** 4/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    1,181.84

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**
X No
Yes

### 3.197 Priority creditor's name and mailing address

JP Premier Enterprises LLC
3300 Eastern Blvd
Montgomery, AL 36116

**Date or dates debt was incurred:** 7/2021

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    10,500.00

**Basis for the claim:**    Related Party

**Is the claim subject to offset?**
X No
Yes

### 3.198 Priority creditor's name and mailing address

JP Premier Enterprises LLC
3300 Eastern Blvd
Montgomery, AL 36116

**Date or dates debt was incurred:** 3/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Total Claim**
$    11,730.00

**Basis for the claim:**    Related Party

**Is the claim subject to offset?**
X No
Yes

| 3.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Karen L. Nystrom
1090 Deanna Drive
Menlo Park, CA 94025

Contingent $ 8,456.10
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Lease

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Kelsey Electric Motor Services
4644 Commercial Drive
Huntsville, AL 35816

Contingent $ 193.28
X Uniquid
Disputed

**Date or dates debt was incurred:** 5/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes $ -

---

| 3.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Kemco
5750 Bell Circle
Montgomery, AL 36116

Contingent $ 1,243.06
X Uniquid
Disputed

**Date or dates debt was incurred:** 2/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Kemco Facilities Services, LLC
5750 Bell Circle
Montgomery, AL 36116

Contingent $ 44,748.53
X Uniquid
Disputed

**Date or dates debt was incurred:** 2/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

KENMAR
1577 CAHABA VALLEY RD
PELHAM, AL 35124

Contingent $ 230.05
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Knox Pest Control
PO Box 4366
Columbus, GA 31914

Contingent $ 162.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Koorsen Fire & Security | Contingent | $ 850.39 |
| | 2719 N Arlington Avenue | X Uniquid | |
| | Indianapolis, IN 46218 | Disputed | |
| | Date or dates debt was incurred: 9/2023 - 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Lawrence County Solid Waste | Contingent | $ 260.00 |
| | PO Box 749 | X Uniquid | |
| | Moulton, AL 35650 | Disputed | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Lawrence County Solid Waste Srvc - TN | Contingent | $ 512.00 |
| | 700 MAHR Avenue | X Uniquid | |
| | Lawrenceburg, TN 38464 | Disputed | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | LUTHER SMITH | Contingent | $ 6,105.00 |
| | 4845 Summit Arbor Drive Apt 305 | X Uniquid | |
| | Raleigh, NC 27612 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | M. D. Homes Alabama LLC | Contingent | $ 12,695.55 |
| | Attn Mendel Bohm | X Uniquid | |
| | PO Box 6446 | Disputed | |
| | East Brunswick, NJ 08816 | | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Madison County Water Dept. | Contingent | $ 123.81 |
| | PO Box 1508 | X Uniquid | |
| | Normal, AL 35762-1508 | Disputed | |
| | Date or dates debt was incurred: 9/2023 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

---

**3.211** | **Priority creditor's name and mailing address**

Madison Utilities
101 Ray Sanderson Drive
Madison, AL 35758

**Date or dates debt was incurred:**  10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Utilities

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 426.64

---

**3.212** | **Priority creditor's name and mailing address**

MaintainX Inc.
PO BOX
Dallas, Texas 75320-8116

**Date or dates debt was incurred:**  8/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 110.00

---

**3.213** | **Priority creditor's name and mailing address**

MArlin Outdoor Advertising
PO Drawer 6567
Hilton Head Island, SC 29938

**Date or dates debt was incurred:**  10/2023 - 6/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 15,750.00

---

**3.214** | **Priority creditor's name and mailing address**

Marshall County Gas District
PO Box 1194
Guntersville, AL 35976-7994

**Date or dates debt was incurred:**  8/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Utilities

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 567.91

---

**3.215** | **Priority creditor's name and mailing address**

Marshall Septic Service LLC.
PO Box 307
Albertville, AL 35950

**Date or dates debt was incurred:**  9/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 8,839.90

---

**3.216** | **Priority creditor's name and mailing address**

McLane
980 Six Flags Road
Austell, GA 30168

**Date or dates debt was incurred:**  10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:**  Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**

$ 663,285.35

---

| | |
|---|---|
| **3.217** | **Priority creditor's name and mailing address** |

McLane
980 Six Flags Road
Austell, GA 30168

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          330,051.13

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | |
|---|---|
| **3.218** | **Priority creditor's name and mailing address** |

McLane
980 Six Flags Road
Austell, GA 30168

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          333,554.80

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | |
|---|---|
| **3.219** | **Priority creditor's name and mailing address** |

Mediacom
POBox 71219
Charlotte, NC 28272-1219

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          198.74

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | |
|---|---|
| **3.220** | **Priority creditor's name and mailing address** |

MONTGOMERY LOCK & KEY
131 EASTDALE ROAD SOUTH
MONTGOMERY, AL 36117

**Date or dates debt was incurred:** 9/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          336.30

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | |
|---|---|
| **3.221** | **Priority creditor's name and mailing address** |

Mr. Clean
1271 Country Club Drive
Ozark, AL 36360

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          6,480.00

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| | |
|---|---|
| **3.222** | **Priority creditor's name and mailing address** |

National Tax Credit
4076 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred:** 6/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*  **Total Claim**

Contingent          $          4,741.64

X Uniquid

Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No

Yes

---

| 3.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Natural Effects Landscape Services, Inc.
PO Box 1904
Pelham, AL 35124

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- Contingent      $      5,981.32
- X Uniquid
- Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Nicholas Laybourn Hunter Maclean Exley & Dunn
200 East Saint Julian Street PO Box 9848
Savannah, GA 31401

**Date or dates debt was incurred:** .

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- X Contingent      Undeterminable
- X Uniquid
- X Disputed

**Basis for the claim:**      Litigation Claim

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

NUCO-2
PO BOX 417902
BOSTON, MA 02241-7902

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- Contingent      $      481.60
- X Uniquid
- Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

NUCO-2
PO Box 417902
Boston, MA 02241

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- Contingent      $      8,756.00
- X Uniquid
- Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

NUCO-2
PO Box 417902
Boston, MA 02241

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- Contingent      $      22,275.00
- X Uniquid
- Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

OutdoorLink Inc
3058 Leeman Ferry Rd
Huntsville, AL 35801

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

- Contingent      $      10.56
- X Uniquid
- Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**
- X No
- Yes

---

| 3.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | OutdoorLink Inc | Contingent | $ 3,104.64 |
| | 3058 Leeman Ferry Rd | X Uniquid | |
| | Huntsville, AL 35801 | Disputed | |
| | Date or dates debt was incurred: 10/2023 - 6/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Palmetto Electric Cooperative | Contingent | $ 3,810.00 |
| | 111 Mathews Drive | X Uniquid | |
| | Hilton Head, SC 29926 | Disputed | |
| | Date or dates debt was incurred: 12/2022 | Basis for the claim: Utilities | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Parts Town | Contingent | $ 20,725.13 |
| | 27787 Network Place | X Uniquid | |
| | Chicago, IL 60673-1277 | Disputed | |
| | Date or dates debt was incurred: 10/2023 - 9/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Parts Town, LLC | Contingent | $ 1,694.62 |
| | 27787 Network Place | X Uniquid | |
| | Chicago, IL 60673 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Parts Town, LLC | Contingent | $ 17,271.82 |
| | 27787 Network Place | X Uniquid | |
| | Chicago, IL 60673 | Disputed | |
| | Date or dates debt was incurred: 9/2023 - 10/2023 | Basis for the claim: Trade Debt | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|
| | Pat DeSantis | Contingent | $ 9,258.16 |
| | PO Box 3377 | X Uniquid | |
| | Fresno, CA 93650 | Disputed | |
| | Date or dates debt was incurred: 10/2023 | Basis for the claim: Lease | |
| | Last 4 digits of account number: | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

Case 23-02871-TOM11  Doc 257  Filed 11/28/23  Entered 11/28/23 20:58:50  Desc
Main Document  Page 78 of 120

**3.235** | Priority creditor's name and mailing address

Phoenix Comfort Services of Florida LLC
PO Box 1646
Mcclenny, FL 32063

**Date or dates debt was incurred:**    10/2023 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    11,216.54
X Uniquid
Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.236** | Priority creditor's name and mailing address

Pine Enterprises, LLC
796 Brogdon Rd
Suwanee, GA 30024

**Date or dates debt was incurred:**    9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    58.00
X Uniquid
Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.237** | Priority creditor's name and mailing address

Playland Maintenance Service, INC.
3935 Tamiami Trail
Cumming, GA 30041

**Date or dates debt was incurred:**    9/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    2,175.00
X Uniquid
Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.238** | Priority creditor's name and mailing address

Playland Maintenance Service, INC.
3935 Tamiami Trail
Cumming, GA 30041

**Date or dates debt was incurred:**    10/2023 - 5/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    14,699.00
X Uniquid
Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.239** | Priority creditor's name and mailing address

Port Wentworth Fee Owner, LLC
3735 Beam Road Suite B
Charlotte, NC 28217

**Date or dates debt was incurred:**    10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    6,164.92
X Uniquid
Disputed

**Basis for the claim:**    Lease

**Is the claim subject to offset?**

X No
Yes

---

**3.240** | Priority creditor's name and mailing address

Power House Marina, INC
18205 Biscayne Blvd Suite 2201
Aventura, FL 33160

**Date or dates debt was incurred:**    10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: | Total Claim
*check all that apply*

Contingent    $    4,411.42
X Uniquid
Disputed

**Basis for the claim:**    Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.241** | Priority creditor's name and mailing address

Premier Holdings LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**Date or dates debt was incurred:** 0

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  4,880,830.00
X Uniquid
Disputed

**Basis for the claim:**　Related Party

**Is the claim subject to offset?**
X No
Yes

---

**3.242** | Priority creditor's name and mailing address

Premier Holdings of Georgia LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**Date or dates debt was incurred:** 0

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  898,252.00
X Uniquid
Disputed

**Basis for the claim:**　Related Party

**Is the claim subject to offset?**
X No
Yes

---

**3.243** | Priority creditor's name and mailing address

Premier Kings Holdings of Alabama LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**Date or dates debt was incurred:** 0

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  532,726.00
X Uniquid
Disputed

**Basis for the claim:**　Related Party

**Is the claim subject to offset?**
X No
Yes

---

**3.244** | Priority creditor's name and mailing address

Pro Kitchen Online
1201 Rosewood Drive
Columbia, SC 29201

**Date or dates debt was incurred:** 1/2023 - 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  2,540.19
X Uniquid
Disputed

**Basis for the claim:**　Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.245** | Priority creditor's name and mailing address

Pro Kitchen Sales and Service
1201 Rosewood Dr
Columbia, SC 29201

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  320.52
X Uniquid
Disputed

**Basis for the claim:**　Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

**3.246** | Priority creditor's name and mailing address

Purchase Power
PO Box 981026
Boston, MA 02298-1026

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: Total Claim
*check all that apply*
Contingent　　　$  100.00
X Uniquid
Disputed

**Basis for the claim:**　Trade Debt

**Is the claim subject to offset?**
X No
Yes

---

Case 23-02871-TOM11　Doc 257　Filed 11/28/23　Entered 11/28/23 20:58:50　Desc
Main Document　Page 80 of 120

| 3.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Purified Air Services, Inc. | Contingent | $ 7,935.64 |
| | 280 Old Clay Street | X Uniquid | |
| | Marietta, GA 30060 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 8/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Purified Air Services, Inc. | Contingent | $ 971.81 |
| | 280 Old Clay Street | X Uniquid | |
| | Marietta, GA 30060 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Putnam County Department of Public Works | Contingent | $ 312.83 |
| | PO BOX NO 310223 Putnam County Blvd | X Uniquid | |
| | East Palatka, FL 32131 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Randy Wilson | Contingent | $ 216.67 |
| | 213 Grand Ave SW | X Uniquid | |
| | Fort Payne, AL 35967 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Lease | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Ray Foushee  Virtus Law Group | X Contingent | Undeterminable |
| | 100 41st St Suite A | X Uniquid | |
| | Birmingham, AL 35222 | X Disputed | |
| | **Date or dates debt was incurred:** . | **Basis for the claim:** Litigation Claim | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Ray Prince  Prince & Hellinger  PC | X Contingent | Undeterminable |
| | 201 Fourth Avenue North Suite 1900 | X Uniquid | |
| | Nashville, TN 37219-2009 | X Disputed | |
| | **Date or dates debt was incurred:** . | **Basis for the claim:** Litigation Claim | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.253 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Ready Access | | Contingent | $　499.50 |
| | 1815 Arthur Drive | | X Uniquid | |
| | West Chicago, IL 60185 | | Disputed | |
| | Date or dates debt was incurred: | 8/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.254 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Renasant Bank | | X Contingent | Undeterminable |
| | 209 Troy Street | | X Uniquid | |
| | Tupelo, MS 38804 | | X Disputed | |
| | Date or dates debt was incurred: | 0 | Basis for the claim:　Guaranteed Obligation | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.255 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Republic Services | | Contingent | $　10,104.26 |
| | PO Box 9001099 | | X Uniquid | |
| | Louisville, KY 40290 | | Disputed | |
| | Date or dates debt was incurred: | 10/2023 - 9/2023 | Basis for the claim:　Utilities | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.256 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | REPUBLIC SERVICES | | Contingent | $　894.74 |
| | PO BOX　9001099 | | X Uniquid | |
| | LOUISVILLE, KY 40290-1099 | | Disputed | |
| | Date or dates debt was incurred: | 10/2023 | Basis for the claim:　Utilities | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.257 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | Republic Services | | Contingent | $　6,406.61 |
| | PO Box 9001099 | | X Uniquid | |
| | Louisville, KY 40290-1099 | | Disputed | |
| | Date or dates debt was incurred: | 10/2023 | Basis for the claim:　Utilities | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.258 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|---|
| | RF Technologies | | Contingent | $　1,511.50 |
| | PO Box 14211 | | X Uniquid | |
| | Bethalto, IL 62010 | | Disputed | |
| | Date or dates debt was incurred: | 10/2023 | Basis for the claim:　Trade Debt | |
| | Last 4 digits of account number: | | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_) | | X No | |
| | | | Yes | |

| 3.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

**3.259**

Priority creditor's name and mailing address

RF Technologies
PO Box 142
Bethalto, IL 62010

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $          908.61
X Uniquid
Disputed

Date or dates debt was incurred:          10/2023

Basis for the claim:          Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.260**

Priority creditor's name and mailing address

RF Technologies, INC
PO Box 142
Bethalto, IL 62010

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $        7,902.69
X Uniquid
Disputed

Date or dates debt was incurred:          9/2023 - 10/2023

Basis for the claim:          Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.261**

Priority creditor's name and mailing address

Richardson Waste Removal LLC
318 Lincoln Rd.
Fayetteville, TN 37334

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $          250.00
X Uniquid
Disputed

Date or dates debt was incurred:          10/2023

Basis for the claim:          Utilities

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.262**

Priority creditor's name and mailing address

Roll Off System Inc
1100 B Garrett Drive
Statham, GA 30666

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $          887.00
X Uniquid
Disputed

Date or dates debt was incurred:          10/2023

Basis for the claim:          Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.263**

Priority creditor's name and mailing address

Romans Lock Service
1205 SW 11 1/2 Ave
Sheffield, AL 35660

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $           73.72
X Uniquid
Disputed

Date or dates debt was incurred:          10/2023

Basis for the claim:          Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.264**

Priority creditor's name and mailing address

Rooter-Man Plumbers
1110 Putman Dr NW
Huntsville, AL 35816

As of the petition filing date, the claim is:
*check all that apply*

Total Claim

Contingent                                    $          610.00
X Uniquid
Disputed

Date or dates debt was incurred:          10/2023

Basis for the claim:          Trade Debt

Last 4 digits of account number:

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Roto- Rooter Plumbers - Florence
POBox 2142
Florence, AL 35630

Contingent     $ 2,359.14
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

ROTO-ROOTER SEWER SERVICE
P.O. BOX 680780
PRATTVILLE, AL 36068

Contingent     $ 25,455.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Royal Flush
2330 Hewatt Rd
Snellville, GA 30039

Contingent     $ 5,005.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023 - 7/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

S. Thomas & Associates, Inc
1216 Ford Street
Irving, TX 75061

Contingent     $ 2,778.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Sapp Outdoor Advertising, Inc
PO Box 925
Statesboro, GA 30459

Contingent     $ 2,020.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 7/2023 - 6/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|

Savannah Glass LLC
6850 Abercorn Street
Savannah, GA 31405

Contingent     $ 1,090.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023    **Basis for the claim:** Trade Debt

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| 3.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Savino Plumbing | Contingent | $ 1,736.81 |
| | 447 Sylvan Blvd | X Uniquid | |
| | St Simons Island, GA 31522 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | SCHUSTER ENTERPRISES | Contingent | $ 6,358.00 |
| | PO Box 12029 | X Uniquid | |
| | COLUMBUS, GA 31917 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Lease | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Serigraph Inc | Contingent | $ 233.50 |
| | PO Box 934994 | X Uniquid | |
| | Atlanta, GA 31193-4994 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Serigraph Inc | Contingent | $ 17.42 |
| | PO Box 934994 | X Uniquid | |
| | Atlanta, GA 31193-4994 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Shoes for Crews, LLC | Contingent | $ 529.40 |
| | PO Box 734176 | X Uniquid | |
| | Chicago, IL 60673-4176 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | SHOES FOR CREWS, LLC | Contingent | $ 1,466.37 |
| | P.O. BOX 734176 | X Uniquid | |
| | CHICAGO, IL 60673-4176 | Disputed | |
| | **Date or dates debt was incurred:** 6/2023 - 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

**3.277** | **Priority creditor's name and mailing address**

SICOM
PO BOX 930157
Atlanta, GA 31193-0157

**Date or dates debt was incurred:** 12/2021 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent      $      356,554.04
X Uniquid
Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.278** | **Priority creditor's name and mailing address**

SICOM SYSTEMS INC
PO Box 930157
Atlanta, GA 31193-0157

**Date or dates debt was incurred:** 2/2020 - 1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent      $      317,521.83
X Uniquid
Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.279** | **Priority creditor's name and mailing address**

Sicom Systems, Inc.
PO BOX 930157
Atlanta, GA 31193-0157

**Date or dates debt was incurred:** 1/2023 - 2/2021

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent      $      513,912.95
X Uniquid
Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.280** | **Priority creditor's name and mailing address**

Solid waste Authority
PO Box 1188

Hinesville., GA 31310

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent      $      171.07
X Uniquid
Disputed

**Basis for the claim:**      Utilities

**Is the claim subject to offset?**

X No
Yes

---

**3.281** | **Priority creditor's name and mailing address**

Spire
P.O. Box 2224
BIRMINGHAM, AL 35246-0022

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent
X Uniquid
Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

**3.282** | **Priority creditor's name and mailing address**

Spire
PO Box 2224
Birmingham, AL 35246-0022

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

**As of the petition filing date, the claim is:** *check all that apply*      **Total Claim**

Contingent      $      724.06
X Uniquid
Disputed

**Basis for the claim:**      Trade Debt

**Is the claim subject to offset?**

X No
Yes

---

| **3.283** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Springville Public Works Department
P.O. BOX 948
Springville, AL 35146

Contingent     $ 332.61
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Utilities

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.284** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

SRJ Ventures, Inc
4141 Southpoint Drive East Suite B
Jacksonville, FL 32216

Contingent     $ 7,290.10
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Lease

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.285** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

St. John's County Utility Department
1205 State Road 16
Saint Augustine, FL 32085-3006

Contingent     $ 533.28
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Utilities

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.286** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Stericylce,Inc
28883 Network Place
Chicago, IL 60673-1288

Contingent     $ 137.09
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Trade Debt

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.287** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Stratacache, Inc
40 N Main Street Ste 2600
Dayton, OH 45423

Contingent     $ 5,460.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Trade Debt

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

| **3.288** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *check all that apply* | **Total Claim** |
|---|---|---|---|

Stratacache, Inc
40 N Main Street Ste 2600
Dayton, OH 45423

Contingent     $ 906.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

Basis for the claim:   Trade Debt

**Last 4 digits of account number:**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Sunbelt Rentals | Contingent | $ 3,240.29 |
| | PO BOX 409211 | X Uniquid | |
| | Atlanta, GA 30384-9211 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | SUNBELT RENTALS INC. | Contingent | $ 7,731.63 |
| | PO BOX 409211 | X Uniquid | |
| | ATLANTA, GA 30384-9211 | Disputed | |
| | **Date or dates debt was incurred:** 6/2023 - 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Superior Document Solutions | Contingent | $ 666.04 |
| | POBox 957027 | X Uniquid | |
| | Duluth, GA 30095 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Superior Document Solutions | Contingent | $ 25.00 |
| | PO BOX 957027 | X Uniquid | |
| | Duluth, GA 30095 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Sweet Melinda Smitherman | Contingent | $ 4,800.00 |
| | 430 County Rd 909 | X Uniquid | |
| | Clanton, AL 35046 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Lease | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | talentReef, Inc. | Contingent | $ 10,639.20 |
| | PO Box 8027 | X Uniquid | |
| | Carol Stream, IL 60197-8027 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Taylor Freezer Sales
PO Box 2130
Cumming, GA 30040

Contingent
X Uniquid
Disputed
$ 4,285.08

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Taylor Freezer Sales Co .Inc
14601 McCormick Drive
Tampa, FL 33626

Contingent
X Uniquid
Disputed
$ 3,127.65

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

TAYLOR SALES & SERVICES, INC
PO BOX 100459
BIRMINGHAM, AL 35210

Contingent
X Uniquid
Disputed
$ 4,763.47

**Date or dates debt was incurred:** 3/2023 - 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

TAYLOR SALES & SERVICES, INC
PO BOX 100459
BIRMINGHAM, AL 35210

Contingent
X Uniquid
Disputed
$ 84.08

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

TDS
PO Box 94510
Palatine, IL 60094-4510

Contingent
X Uniquid
Disputed
$ 152.28

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Teco
Peoples GasPO box 31318
Tampa, FL 33631-3318

Contingent
X Uniquid
Disputed
$ 2,881.23

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**
X No
Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

| 3.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Tennessee Logos, Inc. | Contingent | $ 1,373.00 |
| | 1993 Southerland Dr | X Uniquid | |
| | Nashville, TN 37207 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | Terry Vereen Plumbing, Inc. | Contingent | $ 1,530.63 |
| | 2690 Rosselle Street | X Uniquid | |
| | Jacksonville, FL 32204 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 9/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | The Coggin Firm | X Contingent | Undeterminable |
| | 104 Northwood Drive | X Uniquid | |
| | Centre, AL 35960 | X Disputed | |
| | **Date or dates debt was incurred:** . | **Basis for the claim:** Litigation Claim | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | The ICEE Company | Contingent | $ 7,876.10 |
| | PO BOX 515723 | X Uniquid | |
| | Los Angeles, CA 90051-5203 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 - 8/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | The ICEE Company | Contingent | $ 1,743.64 |
| | PO Box 515723 | X Uniquid | |
| | Los Angeles, CA 90051-5203 | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *check all that apply* | Total Claim |
|---|---|---|---|
| | The Icee Company | Contingent | $ 237.30 |
| | PO Box 515723 | X Uniquid | |
| | Los Angeles, CA 90051-5203 | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | X No | |
| | | Yes | |

| 3.307 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | The Sheffield Fund | | Contingent | $ 5,953.00 |
| | 900 Corporate Drive | | X Uniquid | |
| | Birmingham, AL 35242 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.308 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | The Utilities Board of the City of Ozark | | Contingent | $ 170.10 |
| | PO Box 1125 | | X Uniquid | |
| | Ozark, AL 36561 | | Disputed | |
| | **Date or dates debt was incurred:** 4/2023 - 8/2023 | | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.309 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | Tillster, Inc. | | Contingent | $ 3,300.00 |
| | 10070 Mesa Rim Road | | X Uniquid | |
| | San Diego, CA 92121 | | Disputed | |
| | **Date or dates debt was incurred:** 6/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.310 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | Title Partners, LLC | | Contingent | $ 1,447.96 |
| | 8350 N. Central Expressway Suite M1090 | | X Uniquid | |
| | Dallas, TX 75206 | | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.311 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | TK&K Unlimited, Inc. | | Contingent | $ 151,811.43 |
| | 8014 Cumming Hwy Suite 403 332 | | X Uniquid | |
| | Canton, GA 30115 | | Disputed | |
| | **Date or dates debt was incurred:** 9/2023 - 7/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.312 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|---|
| | Total  Comfort Solutions LLC | | Contingent | $ 416.40 |
| | 2070 Attic Parkway NW Suite 203 | | X Uniquid | |
| | Kennesaw, GA 30152 | | Disputed | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Trade Debt | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ) | | X No | |
| | | | Yes | |

| 3.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Town of Ridgeland
TreasurerPO BOX 1119
Ridgeland, SC 29936

Contingent — $ 8,316.48
X Uniquid
Disputed

Date or dates debt was incurred:    10/2023 - 4/2023    Basis for the claim:    Utilities

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Tri-County Natural Gas
PO Box 247Georgia
Union Point, GA 30669-1618

Contingent — $ 370.52
X Uniquid
Disputed

Date or dates debt was incurred:    10/2023    Basis for the claim:    Utilities

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

TSSi foodservice Solutions
PO Box 100459
Birmingham, AL 35210

Contingent — $ 683.27
X Uniquid
Disputed

Date or dates debt was incurred:    10/2022    Basis for the claim:    Trade Debt

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

TWC Services, Inc.
PO Box 1612
Des Moines, IA 50306

Contingent — $ 499.88
X Uniquid
Disputed

Date or dates debt was incurred:    10/2023    Basis for the claim:    Utilities

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

ULINE
PO Box 88741
ATTN:ACCOUNTS RECEIVABLE
Chicago, IL 60680

Contingent — $ 1,049.52
X Uniquid
Disputed

Date or dates debt was incurred:    10/2023    Basis for the claim:    Trade Debt

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

Ultimate Plumbing & Septic Services
2816 E Meighan Blvd
Gadsden, AL 35903

Contingent — $ 800.00
X Uniquid
Disputed

Date or dates debt was incurred:    10/2023    Basis for the claim:    Trade Debt

Last 4 digits of account number:    Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.319** | Priority creditor's name and mailing address

UNITED REFRIGERATION
P.O. BOX 740703
ATLANTA, GA 30374-0703

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 3,768.98

---

**3.320** | Priority creditor's name and mailing address

United Refrigeration Inc
PO Box 740703
Atlanta, GA 30374-0703

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 7,743.58

---

**3.321** | Priority creditor's name and mailing address

UTILITIES BOARD OF TUSKEGEE
101 FONVILLE STREETPO BOX 831050
TUSKEGEE, AL 36083

**Date or dates debt was incurred:** 10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 9,049.84

---

**3.322** | Priority creditor's name and mailing address

Vado Contractors Corp
3161 Hyacinth Dr
Austell, GA 30106

**Date or dates debt was incurred:** 7/2023 - 6/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 3,450.00

---

**3.323** | Priority creditor's name and mailing address

Valley Proteins, Inc.
PO Box 643393
Cincinnati, OH 45264

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 1,130.00

---

**3.324** | Priority creditor's name and mailing address

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

**Date or dates debt was incurred:** 9/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is: *check all that apply*

Contingent
X Uniquid
Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
X No
Yes

**Total Claim**
$ 60.00

---

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document    Page 93 of 120

| **3.325** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: check all that apply | Total Claim |
|---|---|---|---|

**3.325** Priority creditor's name and mailing address

VIKING CLOUD, Inc
PO Box 771994
Detroit, MI 48277

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 15,763.30
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.326** Priority creditor's name and mailing address

VIKING CLOUD, Inc
PO Box 771994
Detroit,, MI 48277

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 9,076.22
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023 - 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.327** Priority creditor's name and mailing address

Waste Pro
PO Box 865204
Orlando, FL 32886-5204

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 722.60
X Uniquid
Disputed

**Date or dates debt was incurred:** 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.328** Priority creditor's name and mailing address

WATER WORKS & SANITARY SEWER BOARD
POBox 800
Gadsden, AL 35902

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 417.31
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Utilities

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.329** Priority creditor's name and mailing address

WFO Construction, Inc.
1510 Bernita Street
Jacksonville, FL 32211

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 7,436.00
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

---

**3.330** Priority creditor's name and mailing address

Whaley Foodservice
PO Box 615
Lexington, SC 29071

As of the petition filing date, the claim is: *check all that apply*

Contingent    $ 13,614.09
X Uniquid
Disputed

**Date or dates debt was incurred:** 10/2023 - 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number:**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_)

X No
Yes

| 3.331 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *check all that apply* | | **Total Claim** |
|---|---|---|---|---|---|
| | Wittichen Supply Company | | Contingent | $ | 4,516.49 |
| | 2912 Third Ave North | | X Uniquid | | |
| | Birmingham, AL 35203 | | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 - 10/2023 | | **Basis for the claim:** Trade Debt | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | | |
| | | | Yes | | |

| 3.332 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *check all that apply* | | **Total Claim** |
|---|---|---|---|---|---|
| | Wow Business | | Contingent | $ | 164.19 |
| | PO Box 4350 | | X Uniquid | | |
| | Carol Stream, IL 60197-4350 | | Disputed | | |
| | **Date or dates debt was incurred:** 10/2023 | | **Basis for the claim:** Utilities | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | | |
| | | | Yes | | |

| 3.333 | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *check all that apply* | | **Total Claim** |
|---|---|---|---|---|---|
| | Yates-Astro | | Contingent | $ | 1,895.00 |
| | PO Box 23313 | | X Uniquid | | |
| | Savannah, GA 31403 | | Disputed | | |
| | **Date or dates debt was incurred:** 9/2023 - 5/2023 | | **Basis for the claim:** Trade Debt | | |
| | **Last 4 digits of account number:** | | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_) | | X No | | |
| | | | Yes | | |

Debtor    Premier Kings Inc. et al.             Case number *(if known)* 23-02871-TOM

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 889,916 |
| 5b. **Total claims from Part 2** | 5b. ➕ | $17,717,002 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $18,606,918 |

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document      Page 96 of 120

| Fill in this information to identify the case: |
|---|

Debtor name: <u>Premier Kings, Inc. et al.</u>

United States Bankruptcy Court for the: <u>__Northern__</u>    District of <u>___AL___</u>
                                                                                          (State)

Case number (if known): <u>23-02871-TOM</u>

☐ check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contract and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

**X** Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired

| | | | | |
|---|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 247 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   8/20/2029 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 251 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   12/31/2040 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKNA |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 634 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   4/30/3030 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 828 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   3/31/2038 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 987 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   12/31/2034 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2377 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   12/31/2034 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2430 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   2/28/2026 | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | PKGA |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2544 | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | **State the term remaining** | Expires:   4/24/2034 | | |
| | **List the contract number of any government contract** | N/A | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Store# 3155 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 9/29/2035 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Store# 3276 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 8/31/2036 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Store# 3641 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 3/23/2023 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Store# 3643 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 12/31/2034 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Store# 3988 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 12/31/2034 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Store# 4003 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 2/28/2026 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Store# 4027 | | Hecht Family LP 607 Foothill Blvd #1605 La Canada, CA 91011 | |
| | State the term remaining | Expires: | 10/31/2026 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Store# 4283 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 4/30/2034 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Store# 4487 | | Burger King Corporation 5505 Blue Lagoon Drive Miami, FL 33126 | |
| | State the term remaining | Expires: | 9/25/2035 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Store# 4834 | | Joe Almand 2440 Eastgate Place Snellville, GA 30078 | |
| | State the term remaining | Expires: | 2/28/2029 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |

| | | | |
|---|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 4939 | GAJ Realty Group Inc.<br>8 Rosewood Dr<br>North Massapequa, NY 11758 |
| | **State the term remaining** | Expires: 3/31/2040 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 5090 | Premier Kings Holdings of<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 5266 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6207 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6455 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6584 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6684 | IPSOS Realty<br>P.O. Box 610518<br>Bayside, NY 11361 |
| | **State the term remaining** | Expires: 3/31/2040 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 12294 | ZFT, LLC<br>805 Thackeray Dr<br>Highland Park, IL 60035 |
| | **State the term remaining** | Expires: 4/13/2039 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13272 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires: 7/31/2031 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13368 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 14210 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
|---|---|---|---|
| | **State the term remaining** | Expires:　10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 16171 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires:　8/15/2032 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 17090 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires:　6/2/2029 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 22426 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires:　10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 25532 | 108 Charlton Street Realty<br>10340 Meadow Crest Lane<br>Johns Creek, GA 30022 |
| | **State the term remaining** | Expires:　4/30/2042 | |
| | **List the contract number of any government contract** | N/A | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 25607 | Premier Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires:　8/22/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 26113 | Chetan and Manisha Holdings, LLC<br>P.O. Box 113<br>Colonia, NJ 07067 |
| | **State the term remaining** | Expires:　3/30/2042 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKGA |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 26748 | Premier Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires:　4/28/2039 | |
| | **List the contract number of any government contract** | N/A | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 435 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires:　6/29/2035 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKNA |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1225 | Preston Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 |
| | **State the term remaining** | Expires:　4/29/2034 | |
| | **List the contract number of any government contract** | N/A | **Related Entity**　PKNA |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1486 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 12/31/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2261 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2297 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/30/2023 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 3242 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 3942 | | Preston Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 4272 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 12/1/2024 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 4705 | | Wesfam Restaurants, Inc.<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 4885 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6150 | | Glenda Reed<br>1606 Glenn Blvd SW<br>Fort Payne, AL 35968 | |
| | **State the term remaining** | Expires: | 7/31/2023 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6468 | | M.D. Homes Alabama, LLC<br>P.O. Box 6415<br>East Brunswick, NJ 08816 | |
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 8173 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 9306 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 9694 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 5/31/2025 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 9783 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 10714 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 7/30/2027 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 11000 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 11664 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 11914 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 12710 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13084 | | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 | |
|---|---|---|---|---|---|
| | **State the term remaining** | Expires: | 4/29/2034 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKNA |

Official Form 206G  **Schedule G: Executory Contract and Unexpired Leases**  6

Case 23-02871-TOM11 Doc 257 Filed 11/28/23 Entered 11/28/23 20:58:50 Desc
Main Document  Page 102 of 120

| | | | |
|---|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13212 | Premier Kings Holdings of Alabama, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13277 | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 |
| | **State the term remaining** | Expires: 4/29/2034 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 13512 | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 |
| | **State the term remaining** | Expires: 12/29/2025 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 14433 | Traymore Properties, LLC<br>4012A Dunsmore Street<br>Huntsville, AL 35802 |
| | **State the term remaining** | Expires: 8/14/2027 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 21340 | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 22937 | Premier Kings Holdings of Alabama, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 23952 | BK Collinsville LLC<br>4615 University Drive<br>Coral Gables, FL 33146 |
| | **State the term remaining** | Expires: 4/22/2042 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 29043 | Premier Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 11/16/2041 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 322 | Crown Premier Properties, LLC<br>10 Mall Court, Suite A<br>Savannah, GA 31411 |
| | **State the term remaining** | Expires: 6/17/2039 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 521 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires: 10/31/2041 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |

| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1197 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
| | **State the term remaining** | Expires: | 12/31/2036 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1226 | | Crown Premier Properties, LLC<br>10 Mall Court, Suite A<br>Savannah, GA 31411 | |
| | **State the term remaining** | Expires: | 6/29/2039 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1404 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
| | **State the term remaining** | Expires: | 10/31/2041 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1471 | | YSB Capital<br>350 Riverdale Drive<br>Fort Lee, NJ 07024 | |
| | **State the term remaining** | Expires: | 1/31/2038 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1551 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
| | **State the term remaining** | Expires: | 10/31/2041 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1691 | | BQK 5015, LLLC<br>1430 Broadway Suite 903<br>New York, NY 10018 | |
| | **State the term remaining** | Expires: | 8/1/2033 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 1724 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
| | **State the term remaining** | Expires: | 12/31/2040 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2124 | | SRJ Ventures<br>4141 Southpoint Dr. E, Suite B<br>Jacksonville, FL 32216 | |
| | **State the term remaining** | Expires: | 1/31/2027 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2397 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
| | **State the term remaining** | Expires: | 9/24/2038 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 2873 | | Power House Marina<br>18205  Biscayne Blvd #2201<br>Aventura, FL 33160 | |
| | **State the term remaining** | Expires: | 1/31/2038 | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | PKGA |

| | | | |
|---|---|---|---|
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 3048 | Dutchtown Villas Apartments, LLC<br>7370 Hodgson Memorial Drive, Suite D-10<br>Savannah, GA 31406 |
| | **State the term remaining** | Expires: 1/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 5571 | College Street Station, LLC<br>7370 Hodgson Memorial Drive, Suite D-10<br>Savannah, GA 31406 |
| | **State the term remaining** | Expires: 1/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 6986 | South Coast Enterprises, LLC<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 |
| | **State the term remaining** | Expires: 1/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 7068 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires: 12/31/2041 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 7121 | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| | **State the term remaining** | Expires: 12/31/2032 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 8907 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 9942 | Isram Merrill<br>506 South Dixie Hwy<br>Hallandale, FL 33009 |
| | **State the term remaining** | Expires: 9/26/2036 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 10241 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| | **State the term remaining** | Expires: 10/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 10422 | DEW1014 Invesments LLC.<br>1920 E. Hallandale Beach Blvd Suite 900<br>Hallandale, FL 33009 |
| | **State the term remaining** | Expires: 1/31/2038 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 10893 | Crown Premier Properties, LLC<br>10 Mall Court, Suite A<br>Savannah, GA 31411 |
| | **State the term remaining** | Expires: 6/30/2039 | |
| | **List the contract number of any government contract** | N/A | **Related Entity** PKGA |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Store# 11309 | | South Coast Enterprises, LLC<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 | |
| | State the term remaining | Expires: | 1/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Store# 12107 | | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Store# 12792 | | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Store# 12906 | | J Gisel LLC<br>488 NE 18th Street, Unit 415<br>Miami, FL 33132 | |
| | State the term remaining | Expires: | 1/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Store# 13106 | | Tyler BK Associates LLC<br>12037 Glacier Bay Drive<br>Boynton Beach, FL 33473 | |
| | State the term remaining | Expires: | 1/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Store# 13243 | | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Store# 14209 | | GRD Family Properties<br>501 East Sunny Hills Rd<br>Fullerton, CA 92835 | |
| | State the term remaining | Expires: | 1/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Store# 14614 | | Crown Premier Properties, LLC<br>10 Mall Court, Suite A<br>Savannah, GA 31411 | |
| | State the term remaining | Expires: | 6/30/2039 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Store# 15499 | | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Store# 15760 | | 375 W. Arenas Avi-Ross, LLC<br>222 Karen Ave #702<br>Las Vegas, NV 89109 | |
| | State the term remaining | Expires: | 6/30/2039 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKGA |

| | | |
|---|---|---|
| **2.99** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 16751 | South Coast Enterprises, LLC<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 |
| **State the term remaining** | Expires:     1/31/2038 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.100** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 17831 | South Coast Enterprises, LLC/Hakimian Holdings<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 |
| **State the term remaining** | Expires:     8/31/2030 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.101** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 19411 | South Coast Enterprises, LLC<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 |
| **State the term remaining** | Expires:     1/31/2038 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.102** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 23049 | Crown Premier Properties, LLC<br>10 Mall Court, Suite A<br>Savannah, GA 31411 |
| **State the term remaining** | Expires:     6/30/2039 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 23155 | Rave RE, LLC<br>14125 Robert Paris Ct<br>Chantilly, VA 20151 |
| **State the term remaining** | Expires:     1/31/2038 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 23806 | Premier Kings Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| **State the term remaining** | Expires:     10/31/2038 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 24560 | Grant Realty Corp<br>1982 Ashley Hall<br>Charleston, SC 29407 |
| **State the term remaining** | Expires:     12/31/2037 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 25882 | Premier Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| **State the term remaining** | Expires:     12/31/2037 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

| | | |
|---|---|---|
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** | Store# 25937 | Premier Holdings of Georgia, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| **State the term remaining** | Expires:     11/4/2039 | |
| **List the contract number of any government contract** | N/A | **Related Entity**       PKGA |

**2.108** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 26749

Premier Holdings of Georgia, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**

Expires: 8/19/2039

**List the contract number of any government contract**

N/A

**Related Entity** PKGA

---

**2.109** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 26868

Port Wentworth
3735 Beam Rd, Suire B
Charlotte, NC 28217

**State the term remaining**

Expires: 3/31/2039

**List the contract number of any government contract**

N/A

**Related Entity** PKGA

---

**2.110** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 27690

Premier Holdings of Georgia, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**

Expires: 12/19/2039

**List the contract number of any government contract**

N/A

**Related Entity** PKGA

---

**2.111** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 461

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**

Expires: 6/30/2030

**List the contract number of any government contract**

N/A

**Related Entity** PKI

---

**2.112** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 469

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**

Expires: 6/29/2035

**List the contract number of any government contract**

N/A

**Related Entity** PKNA

---

**2.113** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 1069

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**

Expires: 5/31/2041

**List the contract number of any government contract**

N/A

**Related Entity** PKI

---

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 1577

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**

Expires: 6/30/2041

**List the contract number of any government contract**

N/A

**Related Entity** PKI

---

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 2616

Premier Kings Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**

Expires: 10/31/2038

**List the contract number of any government contract**

N/A

**Related Entity** PKI

---

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 2872

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**

Expires: 12/31/2029

**List the contract number of any government contract**

N/A

**Related Entity** PKI

---

**2.117** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 3345

ARC CAFEUSA001, LLC c/oVereit, Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**          Expires:          8/31/2028

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.118** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 3610

A.R.T. Investments, LLC
9705 Collins Avenue, Suite 1602N
Ball Harbor, FL 33154

**State the term remaining**          Expires:          8/31/2026

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.119** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 4058

ARC CAFEUSA001, LLC c/oVereit Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**          Expires:          8/31/2028

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.120** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 4431

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**          Expires:          3/29/2041

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.121** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 4848

ARC CAFEUSA001, LLC c/oVereit, Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**          Expires:          12/31/2028

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.122** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 5238

The High Revocable Trust
1300 Countryview Drive
Modesto, CA 95356

**State the term remaining**          Expires:          7/31/2039

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.123** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 6065

George C. Salmon
48 Golf Road
Peasanton, CA 94566

**State the term remaining**          Expires:          5/30/2037

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.124** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 6642

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**          Expires:          5/7/2040

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.125** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 7390

Pramila Khatri
19710 Michaels Ct.
Castro Valley, CA 94546

**State the term remaining**          Expires:          12/16/2026

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.126** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 7564

ARC CAFEUSA001, LLC c/oVereit, Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**          Expires:          12/31/2028

**List the contract number of any government contract**          N/A

**Related Entity**          PKI

**2.127 State what the contract or lease is for and the nature of the debtor's interest**

Store# 9834

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  6/30/2032

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.128 State what the contract or lease is for and the nature of the debtor's interest**

Store# 10327

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  10/31/2031

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.129 State what the contract or lease is for and the nature of the debtor's interest**

Store# 10881

Traymore Properties, LLC
4012A Dunsmore Street
Huntsville, AL 35802

**State the term remaining**  Expires:  4/29/2034

**List the contract number of any government contract**  N/A  **Related Entity**  PKNA

---

**2.130 State what the contract or lease is for and the nature of the debtor's interest**

Store# 11481

ARC CAFEUSA001, LLC c/oVereit, Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**  Expires:  12/31/2028

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.131 State what the contract or lease is for and the nature of the debtor's interest**

Store# 12003

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  11/17/2028

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.132 State what the contract or lease is for and the nature of the debtor's interest**

Store# 12427

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  9/26/2041

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.133 State what the contract or lease is for and the nature of the debtor's interest**

Store# 12520

ARC CAFEUSA001, LLC c/oVereit, Inc.
11995 El Camino Real
San Diego, CA 92130

**State the term remaining**  Expires:  12/31/2028

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.134 State what the contract or lease is for and the nature of the debtor's interest**

Store# 16437

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  4/17/2028

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

---

**2.135 State what the contract or lease is for and the nature of the debtor's interest**

Store# 17003

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126

**State the term remaining**  Expires:  2/27/2034

**List the contract number of any government contract**  N/A  **Related Entity**  PKI

| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 17389 | | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 2/4/2030 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 18108 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 18307 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 19242 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 19875 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 19958 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 21471 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 10/31/2038 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 21654 | | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 12/2/2035 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Store# 21983 | | Premier Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 | |
|---|---|---|---|---|---|
| | State the term remaining | Expires: | 12/29/2035 | | |
| | List the contract number of any government contract | N/A | | **Related Entity** | PKI |

Case 23-02871-TOM11    Doc 257    Filed 11/28/23    Entered 11/28/23 20:58:50    Desc
Main Document    Page 111 of 120

**2.145** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 22803

Premier Kings Holdings of Alabama, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.146** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 22834

Premier Kings Holdings of Alabama, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.147** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 23135

Premier Kings Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.148** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 23203

Sweet Melinda Smitherman
430 County Road 909
Clanton, AL 35046

**State the term remaining**      Expires:      9/30/2036

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.149** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 23805

Jimmy Hale Mission
P.O. Box 968
Birmingham, AL 35201

**State the term remaining**      Expires:      3/31/2032

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.150** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 24123

GEWSI 2 LLC
16 Palmer Court
Drums, PA 18222

**State the term remaining**      Expires:      4/31/2040

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.151** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 24563

Premier Kings Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.152** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 24565

Premier Kings Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

**2.153** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 25426

Formerly Premier Holdings, LLC
P.O. Box 8038
Dothan, AL 36304

**State the term remaining**      Expires:      9/4/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKNA

**2.154** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 25565

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      11/28/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

---

**2.155** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 25743

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      3/13/2039

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

---

**2.156** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 26579

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      3/31/2039

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

---

**2.157** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 26914

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      7/16/2039

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

---

**2.158** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 27281

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      11/28/2039

**List the contract number of any government contract**      N/A      **Related Entity**      PKI

---

**2.159** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 28954

Premier Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      4/28/2041

**List the contract number of any government contract**      N/A      **Related Entity**      PKNA

---

**2.160** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 22814

Premier Kings Holdings, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKNA

---

**2.161** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 23235

Premier Kings Holdings of Alabama, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKNA

---

**2.162** **State what the contract or lease is for and the nature of the debtor's interest**

Store# 23237

Premier Kings Holdings of Alabama, LLC
P.O. Drawer 4540
Montgomery, AL 36103-4540

**State the term remaining**      Expires:      10/31/2038

**List the contract number of any government contract**      N/A      **Related Entity**      PKNA

| | | |
|---|---|---|
| 2.163 **State what the contract or lease is for and the nature of the debtor's interest** | Store# 24564 | Premier Kings Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| **State the term remaining** | Expires: 10/31/2038 | |
| **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.164 **State what the contract or lease is for and the nature of the debtor's interest** | Store# 29513 | Premier Holdings, LLC<br>P.O. Drawer 4540<br>Montgomery, AL 36103-4540 |
| **State the term remaining** | Expires: 11/21/2041 | |
| **List the contract number of any government contract** | N/A | **Related Entity** PKNA |
| 2.165 **State what the contract or lease is for and the nature of the debtor's interest** | Cash Collection Services | Brinks U.S. Incorporated<br>PO Box 101031<br>Atlanta, GA 30392 |
| **State the term remaining** | Based on individual contracts 5 year initial term and renews on an annual basis after 5th year | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.166 **State what the contract or lease is for and the nature of the debtor's interest** | Security Camera Provider | DTiQ<br>PO BOX 269078<br>Oklahoma City, OK 73126 |
| **State the term remaining** | 3 years from installation date | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest** | First Data (Credit Card Processor) | Fiserv<br>255 Fiserv Drive<br>Brookfield, WI 53045 |
| **State the term remaining** | Expires: terminated on demand | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest** | Store Franchise Agreements | Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 |
| **State the term remaining** | Based on individual Franchise Agreements | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest** | Technology | Resturant Technologies<br>12962 Collections Center Drive<br>Chicago, IL 60693 |
| **State the term remaining** | terminated on demand | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest** | POS Firewall Protection | Viking Cloud<br>PO Box 771994<br>Detroit, MI 48277 |
| **State the term remaining** | terminated on demand | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest** | POS Provider | Sicom<br>PO BOX 930157<br>Atlanta, GA 31193-0157 |
| **State the term remaining** | terminated on demand | |
| **List the contract number of any government contract** | N/A | **Related Entity** Global Contract |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | CO2 | | Nuco2<br>PO BOX 417902<br>Boston, MA 02241 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Pest Control | | EcoLab Pest Control<br>PO Box 32027<br>New York, NY 10087 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | WOTC | | Equiifax/National Tax Credit<br> 4076 Paysphere Circle<br>Chicago, IL 60674-4076 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Control Lighting/HVAC | | Energywise Solutions<br>8550 United Plaza Blvd Suite 702<br>Baton Rouge, LA 70809 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Based Backup | | Verifone<br>300 South Park Place Blvd.<br>Clearwater, FL 33759 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Food Provider | | McLane<br>2085 Midway Rd<br>Carrolton, TX 75006 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Food Provider | | Flowers<br>PO Box 100817<br>Atlanta, GA 30384 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Payroll Provider | | Greenlink<br>890 W Elliot Rd STE 111<br>Gilbert, AZ 85233 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | Air Filters | | Purified Air<br>280 Old Clay Street<br>Marietta, GA 30060 | |
|---|---|---|---|---|---|
| | **State the term remaining** | terminated on demand | | | |
| | **List the contract number of any government contract** | N/A | | **Related Entity** | Global Contract |

| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Insurance Provider | Blue Cross Blue Shield<br>P.O BOX 360037<br>BIRMINGHAM, AL 35236-0037 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Insurance Provider | Guardian<br>P.O. BOX 677458<br>DALLAS, TX 75267-7458 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | Health Insurance Provider | SBMA<br>2307 Fenton Pkwy #107-126<br>San Diego, CA 92108 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | Employee Benefit Provider | Colonial Life<br>PO BOX 903<br>COLUMBIA, SC 29202-0903 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | Grease Cleaners | DarPro<br>PO Box 554885<br>Detroit, MI 48255-4885 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Restructuring Consultants | Aurora Management Partners<br>112 South Tryon Street, Suite 1770<br>Charlotte, NC 28284 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier | Ecolab Kay Chemical<br>PO Box 32027<br>New York, NY 10087 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Menu Provider | Stratacache, Inc<br>40 N Main Street, Ste 2600<br>Dayton, OH 45423 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Application | MaintainX<br>P.O BOX 208116<br>Dallas, TX 75320-8116 | |
| | **State the term remaining** | terminated on demand | | |
| | **List the contract number of any government contract** | N/A | **Related Entity** | Global Contract |

**Fill in this information to identify the case:**

Debtor name: <u>Premier Kings, Inc. et al.</u>

United States Bankruptcy Court for the: <u>  Northern  </u>  District of <u>  AL  </u>.
(State)

Case number (if known): <u>23-02871-TOM</u>

☐ check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.Does the debtor have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form

**X** Yes. Fill in all of the information below.

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1* Manraj Sidhu | Estate of Manraj Sidhu<br>P.O. Drawer 4540<br>**Street**<br>Montgomery  AL  36103<br>**City**  **State**  **Zip Code** | First Horizon Bank | ☐ D<br>**X** E/F<br>☐ G |
| 2.2** Manraj Sidhu | Estate of Manraj Sidhu<br>P.O. Drawer 4540<br>**Street**<br>Montgomery  AL  36103<br>**City**  **State**  **Zip Code** | Renasant Bank | ☐ D<br>**X** E/F<br>☐ G |
| 2.3 Manraj Sidhu<br><br>Global Agreement for all entities<br>Entity | Estate of Manraj Sidhu<br>P.O. Drawer 4540<br>**Street**<br>Montgomery  AL  36103<br>**City**  **State**  **Zip Code** | Burger King Corporation | ☐ D<br>**X** E/F<br>**X** G |
| 2.4 Manraj Sidhu<br><br>Premner Kings of Georgia lease store #9942<br>Entity | Estate of Manraj Sidhu<br>P.O. Drawer 4540<br>**Street**<br>Montgomery  AL  36103<br>**City**  **State**  **Zip Code** | Isram Merrill | ☐ D<br>**X** E/F<br>**X** G |
| 2.4 Manraj Sidhu<br><br>Premner Kings Inc. lease store #23805<br>Entity | Estate of Manraj Sidhu<br>P.O. Drawer 4540<br>**Street**<br>Montgomery  AL  36103<br>**City**  **State**  **Zip Code** | Jimmy Hale Mission | ☐ D<br>**X** E/F<br>**X** G |

* 2.1 - Mr Sidhu and Premier Kings of Georgia guaranteed loan realted to FFE and the real estate of store #27690 and 26868. Additionally, Mr. Sidhu and Premier Kings Inc. guaranteed loan realted to FFE and the building of store #27281

** 2.2 - Mr Sidhu and Premier Kings Inc. guaranteed the loan related to FFE and the building of store #20826

**Fill in this information to identify the case and this filing:**

Debtor Name ___Premier Kings, Inc., et al.___

United States Bankruptcy Court for the: ___Northern___ District of ___AL___
                                                                    (State)

Case number (*If known*): ___23-02871-TOM___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/28/2023___          ✘ ___/s/ Laura Kendall_____
                    MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                                        ___Laura Kendall_____
                                                        Printed name

                                                        ___Deputy Restructuring Officer, Aurora Management Partners, Inc.___
                                                        Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## Exhibit 1

| Entity | Premier Holdings LLC (PHAL) | Premier Kings Holdings of Alabama LLC (PKHAL) | Premier Kings Holdings of Georgia LLC (PKHGA) | Premier Holdings of Georgia LLC (PHGA) | Premier Kings Holdings, LLC (PKH) | PK Holdings LLC | NET (Payable) Receivable |
|---|---|---|---|---|---|---|---|
| Premier Kings Inc | (4,880,830) | (532,726) | - | (898,252) | - | - | (6,311,808) |
| Premier Kings of Georgia Inc | 298,392 | 120,167 | 5,025,759 | 1,919,151 | 1,236 | - | 7,364,705 |
| Premier Kings of North Alabama LLC | 1,873,641 | 4,332,776 | - | 712,002 | - | - | 6,918,419 |
| Premier Kings Air LLC | - | - | - | - | 1,000 | - | 1,000 |
| | | | | | | | |
| Total | (2,708,796) | 3,920,217 | 5,025,759 | 1,732,901 | 2,236 | - | 7,972,316 |

**Notes:**

**\*Balances shown herein are net Due to/Due From taken from the Companies accounting records.**

**\* Reading Horizontally - Postive balances represent receivables to the companies show stacked on the left side of the page, negative balances are payables.**

# Exhibit 2

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Counter Party | Nature of Claim | Amount requested |
|---|---|---|---|
| **74 a** | Premier Kings, Inc. vs. Lyndon Southern 2:21-cv-00622-MHH, 2:23-cv-00282-MHH, U.S. District Court, Northern District of AL. | Bad faith denial of insurance claim | 909,000.00 |
| **74 b** | Burger King Company, LLC | Breach of contract and breach of good faith and fair dealing | $50,000,000-$100,000,000 |
| **74 c** | Sajjan Rajendra | Commercial tort claims | Undetermined |
| **74 d** | Jay Gill | Commercial tort claims | Undetermined |